B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lejonvarn, Grant Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6194** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3831 N. Central Park Avenue, Unit 1**<br>**Chicago, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **60618-4102** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Lejonvarn, Grant Edward** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lejonvarn, Grant Edward** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Grant Edward Lejonvarn**
Signature of Debtor  **Grant Edward Lejonvarn**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 29, 2012**
Date

### Signature of Attorney*

**X** **/s/ Majdel S. Musa**
Signature of Attorney for Debtor(s)

**Majdel S. Musa 6282010**
Printed Name of Attorney for Debtor(s)

**Consumer Bankruptcy Center, PC**
Firm Name

**180 W. Washington**
**Suite 700**
**Chicago, IL 60602**
Address

**Email: musa@cbcattorneys.com**
**312-346-7867  Fax: 312-377-9930**
Telephone Number

**November 29, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Grant Edward Lejonvarn**
_____

Case No. _____

Debtor(s)

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                        Page 2

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Grant Edward Lejonvarn**
                        **Grant Edward Lejonvarn**

Date:    **November 29, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Grant Edward Lejonvarn**                                    ,    Case No. _____

Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,320,080.00 | | |
| B - Personal Property | Yes | 4 | 521,413.34 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 998,899.25 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 1,379,187.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 7,267.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,670.78 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 1,841,493.34 | | |
| | | | Total Liabilities | 2,378,087.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Grant Edward Lejonvarn**
_____ ,    Case No. _____
Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Grant Edward Lejonvarn**                                                    , Case No. _____

                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence (Two-Flat)**<br>**Location: 3831 N. Central Park Avenue, Chicago IL 60618-4102** | **Joint tenant** | - | **282,400.00** | **272,100.25** |
| **Rental Property (Multi-Family)**<br>**Location: 1334 N. Cleaver Street, Chicago IL 60622**<br>**(IN FORECLOSURE)** | **Joint tenant** | - | **295,400.00** | **396,694.00** |
| **Rental Property (Single Family)**<br>**Location: 8955 S. Carpenter Street, Chicago IL 60620** | **Joint tenant** | - | **123,900.00** | **100,899.00** |
| **Rental Property (Condomunium Unit)**<br>**Location: 4814 N. Damen Avenue, Chicago IL 60618**<br>**(IN FORECLOSURE)** | **Joint tenant** | - | **220,000.00** | **215,044.00** |
| **Rental Property (Single Family Home)**<br>**Location: 1320 Vine Street, Denver, CO 80206**<br>**(PROPERTY IS ENCUMBERED BY A MORTGAGE**<br>**WITH A PRINCIPAL BALANCE OF $466,500.00 -**<br>**TITLE IS HELD IN CHEESMAN FARMS, LLC)** | **Fee simple** | - | **398,380.00** | **0.00** |

|  | Sub-Total >   | **1,320,080.00** | (Total of this page) |
|---|---|---|---|
|  | Total >   | **1,320,080.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Grant Edward Lejonvarn**                              ,  Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Iraqi Dinars (Estimated $10.00 worth of Iraqi Currency)<br>Location: Safe Deposit Box - Chase Bank, Oak Park, IL | - | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank - Checking Account No. xxxxxxxxx7987 | - | 327.71 |
| | | Chase Bank - Savings Account No. xxxxxxxxx5658 | - | 51.91 |
| | | TCF Bank - Checking Account No. xxxxxx0575 | - | 213.51 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Falcon Leasing, LLC, $2,800.00 | - | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Sofa, Loveseat, Television, TV Cabinet, DVD Player, VHS Player, Personal Computer / Printer, Stereo (Not Working), Coffee Table, Sofa Table, Dining Table with Chairs, Refrigerator, Stove, Microwave, Washing Machine, Clothes Dryer, Dishes / Flatware, China / Silverware, Pots / Pans / Cookware, (2) Beds, Dressers / Nightstands, Lamps / Accessories, Cellular Telephone, Lawnmower, Misc. Yard / Landscaping Tools, Rug, Side Board, Wash Stand | - | 1,225.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family Pictures, Military History Books, CDs, DVDs, Framed Posters / Pictures | - | 150.00 |
| 6. Wearing apparel. | | Used Necessary Wearing Apparel and Accessories | - | 300.00 |
| 7. Furs and jewelry. | | Outdoor Watch, Dress Watch, Running Watch | - | 65.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 9mm Pistol, 35mm SLR Camera, Tent, Sleeping Bag, Backpack | - | 350.00 |

Sub-Total >         **2,693.13**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Grant Edward Lejonvarn**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Navy Mutual Aid Association - Term Life Insurance Policy No. xxxxx0324 (NO CASH SURRENDER VALUE)** <br> **$500,000 Face Value, Debtor is Insured** <br> **Mother and Brothers are beneficiaries** | - | 0.00 |
| | | **Phoenix Life Insurance Company (PLIC) Variable Universal Life Insurance Policy No. xxxx9379 ($36,585.39 NET CASH SURRENDER VALUE)** <br> **$220,000.00 Gross Death Benefit, $174,234.68 Net Death Benefit, Debtor is Insured** <br> **Mother and Brothers are beneficiaries** | - | 36,585.39 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Fidelity Investments Educational IRA (College Savings Plan), Account No. xxxxx3361** <br> **TOD:  Brittany** | - | 16,826.12 |
| | | **Fidelity Investments Educational IRA (College Savings Plan), Account No. xxxxx5713** <br> **TOD:  Andrei** | - | 1,930.21 |
| | | **Fidelity Investments Educational IRA (College Savings Plan), Account No. xxxxx6680** <br> **TOD:  Sofia** | - | 1,716.02 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Thrift Savings Plan, Account No. xxxx-xxxx-x3234** | - | 20,149.97 |
| | | **Vanguard - Integra Lifesciences Corporation 401(k) Retirement Savings Plan, Account No. xx3783** | - | 305,421.90 |
| | | **Scottrade Rollover IRA, Account No. xxxx3461** | - | 25,766.50 |
| | | **Fidelity Investments Roth IRA, Account No. xxxxx7715** | - | 63,346.16 |
| | | **Fidelity Investments Traditional IRA, Account No. xxxxx6596** | - | 28,427.81 |
| | | **Fidelity Investments SEP-IRA, Account No. xxxxx6904** | - | 0.13 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **17.5% Interest in TitleNexus, LLC, 500 Washington Ave. S., Suite 1035, Minneapolis, MN  55415** | - | 350.00 |
| | | **100% Interest in Mobility Center of Chicago, Inc.** | - | 0.00 |

Sub-Total >        500,520.21
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Grant Edward Lejonvarn** _____,  Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **.33% Interest in Oil & Gas Reserves - Unit 32101-01 Coblentz Unit, OK Estimated $159.00 monthly dividend received from M M Energy, Inc., PO Box 21904, Oklahoma City, OK 73156** | - | 600.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        600.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Grant Edward Lejonvarn**,      Case No. _____
<br>Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Ford Flex Limited AWD (95,000 Miles) Fair Condition**<br>**VIN: 2FMEK63C29BA01120** | - | 17,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br>(Total of this page) | 17,600.00 |
| Total > | 521,413.34 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Grant Edward Lejonvarn**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence (Two-Flat)** Location: 3831 N. Central Park Avenue, Chicago IL 60618-4102 | 735 ILCS 5/12-901 | 10,299.75 | 282,400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank - Checking Account No. xxxxxxxxx7987** | 735 ILCS 5/12-1001(b) | 327.71 | 327.71 |
| **Chase Bank - Savings Account No. xxxxxxxxx5658** | 735 ILCS 5/12-1001(b) | 51.91 | 51.91 |
| **TCF Bank - Checking Account No. xxxxx0575** | 735 ILCS 5/12-1001(b) | 213.51 | 213.51 |
| **Household Goods and Furnishings** | | | |
| **Sofa, Loveseat, Television, TV Cabinet, DVD Player, VHS Player, Personal Computer / Printer, Stereo (Not Working), Coffee Table, Sofa Table, Dining Table with Chairs, Refrigerator, Stove, Microwave, Washing Machine, Clothes Dryer, Dishes / Flatware, China / Silverware, Pots / Pans / Cookware, (2) Beds, Dressers / Nightstands, Lamps / Accessories, Cellular Telephone, Lawnmower, Misc. Yard / Landscaping Tools, Rug, Side Board, Wash Stand** | 735 ILCS 5/12-1001(b) | 1,225.00 | 1,225.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family Pictures, Military History Books, CDs, DVDs, Framed Posters / Pictures** | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Wearing Apparel** | | | |
| **Used Necessary Wearing Apparel and Accessories** | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| **Outdoor Watch, Dress Watch, Running Watch** | 735 ILCS 5/12-1001(b) | 65.00 | 65.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **9mm Pistol, 35mm SLR Camera, Tent, Sleeping Bag, Backpack** | 735 ILCS 5/12-1001(b) | 350.00 | 350.00 |
| **Interests in Insurance Policies** | | | |
| **Phoenix Life Insurance Company (PLIC) Variable Universal Life Insurance Policy No. xxxx9379 ($36,585.39 NET CASH SURRENDER VALUE) $220,000.00 Gross Death Benefit, $174,234.68 Net Death Benefit, Debtor is Insured Mother and Brothers are beneficiaries** | 735 ILCS 5/12-1001(f) | 36,585.39 | 36,585.39 |

     **1**    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Grant Edward Lejonvarn**
_____,    Case No. _____
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **Fidelity Investments Educational IRA (College Savings Plan), Account No. xxxxx3361 TOD:  Brittany** | 735 ILCS 5/12-1001(j) | 16,826.12 | 16,826.12 |
| **Fidelity Investments Educational IRA (College Savings Plan), Account No. xxxxx5713 TOD:  Andrei** | 735 ILCS 5/12-1001(j) | 1,930.21 | 1,930.21 |
| **Fidelity Investments Educational IRA (College Savings Plan), Account No. xxxxx6680 TOD:  Sofia** | 735 ILCS 5/12-1001(j) | 1,716.02 | 1,716.02 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Thrift Savings Plan, Account No. xxxx-xxxx-x3234** | 735 ILCS 5/12-1006 | 20,149.97 | 20,149.97 |
| **Vanguard - Integra Lifesciences Corporation 401(k) Retirement Savings Plan, Account No. xx3783** | 735 ILCS 5/12-1006 | 305,421.90 | 305,421.90 |
| **Scottrade Rollover IRA, Account No. xxxx3461** | 735 ILCS 5/12-1006 | 25,766.50 | 25,766.50 |
| **Fidelity Investments Roth IRA, Account No. xxxxx7715** | 735 ILCS 5/12-1006 | 63,346.16 | 63,346.16 |
| **Fidelity Investments Traditional IRA, Account No. xxxxx6596** | 735 ILCS 5/12-1006 | 28,427.81 | 28,427.81 |
| **Fidelity Investments SEP-IRA, Account No. xxxxx6904** | 735 ILCS 5/12-1006 | 0.13 | 0.13 |
| **Stock and Interests in Businesses** | | | |
| **17.5% Interest in TitleNexus, LLC, 500 Washington Ave. S., Suite 1035, Minneapolis, MN  55415** | 735 ILCS 5/12-1001(b) | 350.00 | 350.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| **.33% Interest in Oil & Gas Reserves - Unit 32101-01 Coblentz Unit, OK Estimated $159.00 monthly dividend received from M M Energy, Inc., PO Box 21904, Oklahoma City, OK 73156** | 735 ILCS 5/12-1001(b) | 228.87 | 600.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Ford Flex Limited AWD (95,000 Miles) Fair Condition VIN:  2FMEK63C29BA01120** | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | 2,400.00 1,038.00 | 17,600.00 |
| | Total: | 517,169.96 | 803,803.34 |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Grant Edward Lejonvarn** _____,  Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxx0246** | | | | Deed of Trust | | | | | |
| **Chase Bank** **Attn: Bankruptcy** **PO Box 24696** **Columbus, OH 43224-0696** | X | - | | **Rental Property (Single Family)** **Location: 8955 S. Carpenter Street, Chicago IL 60620** | | | | | |
| | | | | Value $                **123,900.00** | | | | **100,899.00** | **0.00** |
| Account No. **xxxxxx9105** | | | | Deed of Trust | | | | | |
| **Chase Bank** **Attn: Bankruptcy** **PO Box 24696** **Columbus, OH 43224-0696** | X | - | | **Rental Property (Condomunium Unit)** **Location: 4814 N. Damen Avenue, Chicago IL 60618** **(IN FORECLOSURE)** | | | | | |
| | | | | Value $                **220,000.00** | | | | **215,044.00** | **0.00** |
| Account No. **xxxxxx3899** | | | | Deed of Trust | | | | | |
| **Chase Mortgage** **10790 Rancho Bernardo Road** **San Diego, CA 92127** | X | - | | **Residence (Two-Flat)** **Location: 3831 N. Central Park Avenue, Chicago IL 60618-4102** | | | | | |
| | | | | Value $                **282,400.00** | | | | **238,468.25** | **0.00** |
| Account No. | | | | | | | | | |
| **Chase** **PO Box 24696** **Columbus, OH 43224-0696** | | | | **Representing:** **Chase Mortgage** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| __2__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | **554,411.25** | **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Grant Edward Lejonvarn**                                              ,          Case No. _____

_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx6191** | | | | | Deed of Trust | | | | | |
| Regions Mortgage PO Box 18001 Hattiesburg, MS 39404-8001 | X | - | | | Rental Property (Multi-Family) Location: 1334 N. Cleaver Street, Chicago IL 60622 (IN FORECLOSURE) | | | | | |
| | | | | | Value $          295,400.00 | | | | 396,694.00 | 101,294.00 |
| Account No. | | | | | | | | | | |
| Chuhak & Tescon, P.C. 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | | | | | Representing: Regions Mortgage | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| Ridgestone Bank 13925 W. North Ave. Brookfield, WI 53005 | | | | | Representing: Regions Mortgage | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| Ridgestone Bank 10 N. Martingale Rd. Suite 100 Schaumburg, IL 60173 | | | | | Representing: Regions Mortgage | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. **xxxx5957** | | | | | Second Deed of Trust | | | | | |
| USAA Federal Savings Bank 10750 McDermott Freeway San Antonio, TX 78288-0544 | X | - | | | Residence (Two-Flat) Location: 3831 N. Central Park Avenue, Chicago IL 60618-4102 | | | | | |
| | | | | | Value $          282,400.00 | | | | 33,632.00 | 0.00 |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 430,326.00 | 101,294.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Grant Edward Lejonvarn** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxx9746** | | | | | 07/06/2010 | | | | | |
| **USAA Federal Savings Bank** **10750 McDermott Freeway** **San Antonio, TX 78288-0544** | - | | | | **Purchase Money Security** **2009 Ford Flex Limited AWD (95,000 Miles) Fair Condition** VIN:  **2FMEK63C29BA01120** | | | | | |
| | | | | | Value $          **17,600.00** | | | | **14,162.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **14,162.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **998,899.25** | **101,294.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Grant Edward Lejonvarn**                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Grant Edward Lejonvarn**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**240 Properties LLC <br>c/o Glennon <br>18 Schooner Road <br>Northport, NY 11768** | - | | **Lease Deficiency <br>Case No. 2012 LM 2163** | | | X | **13,060.25** |
| Account No. <br><br>**Sabih Quadeer <br>Madison Law Group <br>205 W. Randolph Street, #1801 <br>Chicago, IL 60606** | | | **Representing: <br>240 Properties LLC** | | | | **Notice Only** |
| Account No. <br><br>**706 LLC <br>c/o Mary Ann Royse <br>301 N. Neil Street, Suite 400 <br>Champaign, IL 61820** | - | | **Lease Deficiency** | | | X | **2,421.06** |
| Account No. xxx6867 <br><br>**Aetna Insurance <br>NCO Overpayment Recovery <br>1425 Union Meeting Road <br>Blue Bell, PA 19422** | - | | **2012 <br>Overpayment Recovery** | | | | **600.00** |
| ___15___  continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | **16,081.31** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          S/N:44730-121128    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grant Edward Lejonvarn**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Donald Porter** **1212 S. Naper Blvd., Suite 119-262** **Naperville, IL 60540-8360** | | | | Representing: Aetna Insurance | | | | **Notice Only** |
| Account No. **x-xxxx-xxx6371** | | | | 2012 Utility Bill | | | | |
| **Allied Waste Services** **PO Box 985** **Danville, IL 61834** | | - | | | | | | **562.12** |
| Account No. | | | | | | | | |
| **Coast to Coast Financial Solutions** **101 Hodencamp Road, Suite 120** **Thousand Oaks, CA 91360** | | | | Representing: Allied Waste Services | | | | **Notice Only** |
| Account No. **xx0535** | | | | 2011-2012 Business Debt | | | | |
| **Altimate Material, Inc.** **262 West First Street** **Morton, MN 56270** | | - | | | | | | **2,652.62** |
| Account No. **xxxxxx2017** | | | | 2011-2012 Utility Bill | | | | |
| **Ameren Illinois** **PO Box 66893** **Saint Louis, MO 63166-6893** | | - | | | | | | **521.67** |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,736.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grant Edward Lejonvarn** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1766**<br><br>**AT&T Credit Managemenrt**<br>**PO Box 80701**<br>**Charleston, SC 29416** | - | | | **2011-2012**<br>**Utility Bill** | | | | **120.09** |
| Account No.<br><br>**Accord Creditor Services**<br>**PO Box 10002**<br>**Newnan, GA 30271** | | | | **Representing:**<br>**AT&T Credit Managemenrt** | | | | **Notice Only** |
| Account No. **(x) xxxxunts**<br><br>**Brightree LLC**<br>**1735 N. Brown Road, Suite 500**<br>**Lawrenceville, GA 30043** | - | | | **Services** | | | | **4,598.25** |
| Account No.<br><br>**Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** | | | | **Representing:**<br>**Brightree LLC** | | | | **Notice Only** |
| Account No.<br><br>**Caine & Weiner**<br>**1699 E. Woodfield Road**<br>**Schaumburg, IL 60173** | | | | **Representing:**<br>**Brightree LLC** | | | | **Notice Only** |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,718.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grant Edward Lejonvarn** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8760** <br><br> **Burke/Leisure-Lift Inc.** <br> **1800 Merriam Lane** <br> **Kansas City, KS 66106** | - | | **Business Services** | | | | 3,957.86 |
| Account No. <br><br> **Commercial Claims, Inc.** <br> **1901 Park Drive** <br> **PO Box 1315** <br> **Kansas City, KS 66117** | | | **Representing:** <br> **Burke/Leisure-Lift Inc.** | | | | Notice Only |
| Account No. <br><br> **Carlene M. Anteau** <br> **1240 India St, Unit 1310** <br> **San Diego, CA 92101-8552** | - | | **Notice Only** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx2999** <br><br> **Chase Bank** <br> **Attn: Bankruptcy** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened  5/01/10  Last Active  4/24/12** <br> **Credit Card Purchases** | | | | 27,165.00 |
| Account No. **xxxxxxxxxxxx1813** <br><br> **Chase Bank** <br> **Attn: Bankruptcy** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened  6/01/10  Last Active  4/15/12** <br> **Credit Card Purchases** | | | | 12,303.00 |

Sheet no. __3___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **43,425.86**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grant Edward Lejonvarn**                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | J c | | | | | |
| Account No. **xxxxxxxxxxxx1847** <br><br> **Chase Bank** <br> **340 S. Cleveland Avenue** <br> **Building 370** <br> **Westerville, OH 43081** | - | | | | Overdraft | | | | 663.41 |
| Account No. **xxxxxxxxxxxxx8864** <br><br> **Chase Bank** <br> **340 S. Cleveland Avenue** <br> **Building 370** <br> **Westerville, OH 43081** | - | | | | Overdraft | | | | 2,799.45 |
| Account No. **xxxxxxxxx3899** <br><br> **Chase Manhattan Mortgage** <br> **Attn; Bankruptcy Dept** <br> **3415 Vision Dr. Mail Code: OH4-7133** <br> **Columbus, OH 43219** | | | | | Opened 11/01/04  Last Active  9/11/12 <br> Notice Only | | | | 0.00 |
| Account No. **xA401** <br><br> **Citgo Mastercard** <br> **PO Box 70995** <br> **Charlotte, NC 28272** | - | | | | Credit Card Purchases | | | | 3,336.96 |
| Account No. <br><br> **Hunter Warfield** <br> **4620 Woodland Corporate Blvd.** <br> **Tampa, FL 33614** | | | | | Representing: <br> **Citgo Mastercard** | | | | **Notice Only** |

Sheet no. __**4**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,799.82**

B6F (Official Form 6F) (12/07) - Cont.

In re __Grant Edward Lejonvarn_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx709A**<br><br>**City of Chicago**<br>**Department of Buildings**<br>**120 N. Racine**<br>**Chicago, IL 60607** | - | | | **2012**<br>**Administrative Judgment**<br>**Case No. 12BS02709A** | | | | **1,240.00** |
| Account No.<br><br>**City of Chicago**<br>**Department of Buildings**<br>**8212 Innovation Way**<br>**Chicago, IL 60682-0082** | | | | **Representing:**<br>**City of Chicago** | | | | **Notice Only** |
| Account No.<br><br>**Corporation Counsel**<br>**30 N. LaSalle Street**<br>**Suite 800**<br>**Chicago, IL 60602** | | | | **Representing:**<br>**City of Chicago** | | | | **Notice Only** |
| Account No.<br><br>**City of Chicago**<br>**Department of Buildings**<br>**120 N. Racine**<br>**Chicago, IL 60607** | - | | | **Housing Complaint**<br>**Case No. 2011 M1 403054** | | | X | **10,000.00** |
| Account No.<br><br>**Corporation Counsel**<br>**30 N. LaSalle Street**<br>**Suite 800**<br>**Chicago, IL 60602** | | | | **Representing:**<br>**City of Chicago** | | | | **Notice Only** |

Sheet no. __5___ of __15___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,240.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Grant Edward Lejonvarn_____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1985** | | | **Services** | | | | |
| **Comcast** **PO Box 3006** **Southeastern, PA 19398** | - | | | | | | 229.24 |
| Account No. | | | **Representing:** **Comcast** | | | | |
| **Comcast** **155 Industrial Road** **Elmhurst, IL 60126-1618** | | | | | | | Notice Only |
| Account No. | | | **Personal Guarantee** | | | | |
| **Dan Doherty** **188 Industrial Drive, Suite 133** **Elmhurst, IL 60126** | - | | | | | | 105,000.00 |
| Account No. **(2) Accounts** | | | **Business Services** | | | | |
| **Dex One** **PO Box 9001401** **Louisville, KY 40290-1401** | - | | | | | | 400.00 |
| Account No. **xx0890** | | | **Business Services** | | | | |
| **Drive Medical Design & Mfg.** **PO Box 798019** **Saint Louis, MO 63179-8000** | - | | | | | | 567.61 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                106,196.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grant Edward Lejonvarn**                                                  ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **Rauch-Milliken International, Inc.** **PO Box 8390** **Metairie, LA 70011-8390** | | | | **Drive Medical Design & Mfg.** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx3-001** | | | | Business Lease Deficiency | | | | |
| **Falcon Leasing LLC** **183 Cedar Drive, Suite B** **Foley, MN 56329** | | - | | | | | X | **8,992.40** |
| Account No. **xxxxx1440** | | | | Business Services | | | | |
| **FedEx** **PO Box 94515** **Palatine, IL 60094-4515** | | - | | | | | | **43.97** |
| Account No. | | | | Representing: | | | | |
| **North Shore Agency** **9525 Sweet Valley Drive** **Building A** **Cleveland, OH 44125** | | | | **FedEx** | | | | **Notice Only** |
| Account No. **xxxxx-7318** | | | | Business Services | | | | |
| **Fleet Commander** **US Bank - Recovery Dept.** **12800 Foster Street** **Overland Park, KS 66213-2623** | | - | | | | | | **1,874.03** |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,910.40**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Grant Edward Lejonvarn**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xxx5134**<br><br>**Flood Brothers Disposal**<br>**17 W 697 Butterfield Road**<br>**Suite E**<br>**Villa Park, IL 60181** | - | | | Services | | | | 197.28 |
| Account No. **ACHIEVEMOB**<br><br>**Frank Mobility Systems, Inc.**<br>**1003 International Drive**<br>**Oakdale, PA 15071** | - | | | Business Services | | | | 3,325.53 |
| Account No. **xx0561**<br><br>**Golden Technologies, Inc.**<br>**401 Bridge Street**<br>**Old Forge, PA 18518** | - | | | Business Services | | | | 16,572.73 |
| Account No. **xxxx-x4291**<br><br>**Goodyear Auto Service**<br>**148 S. Kennedy Drive**<br>**Bradley, IL 60915** | - | | | Business Services | | | | 1,100.00 |
| Account No. **xx-xxxx910-0**<br><br>**Illinois American Water**<br>**PO Box 94551**<br>**Palatine, IL 60094-4551** | - | | | Utility Bill | | | | 58.44 |

Sheet no. __**8**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,253.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grant Edward Lejonvarn**                                         ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Invacare Corporation**<br>**1 Invacare Way**<br>**Elyria, OH 44035-4190** | - | | **Breach of Contract**<br>**Case No. 2012 L 005408** | | | X | 145,892.00 |
| Account No.<br><br>**White Llynn Kimberly**<br>**100 S. 4th Street, Suite 1100**<br>**Saint Louis, MO 63102** | | | **Representing:**<br>**Invacare Corporation** | | | | Notice Only |
| Account No.  **xxx6001**<br><br>**Lavelle Law, Ltd.**<br>**501 W. Colfax Street**<br>**Palatine, IL 60067** | - | | **Personal Legal Fees** | | | | 1,655.84 |
| Account No.  **xxx7161**<br><br>**Medline Industries, Inc.**<br>**One Medline Place**<br>**Mundelein, IL 60060** | - | | **Business Services** | | | | 2,681.51 |
| Account No.<br><br>**Caine & Weiner**<br>**338 Harris Hill Road, Suite 206**<br>**Buffalo, NY 14221** | | | **Representing:**<br>**Medline Industries, Inc.** | | | | Notice Only |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,229.35

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grant Edward Lejonvarn** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx3026**<br><br>Merits Health Products, Inc.<br>730 NE 19th Place<br>Cape Coral, FL 33909 | - | | | Business Services | | | | 2,994.08 |
| Account No.<br><br>McMahan & Sigunick, Ltd.<br>412 S. Wells Street<br>6th Floor<br>Chicago, IL 60607 | | | | Representing:<br>Merits Health Products, Inc. | | | | Notice Only |
| Account No. **xx0670**<br><br>MK Battery<br>1631 S. Sinclaire Street<br>Anaheim, CA 92806 | - | | | Business Services | | | | 10,593.68 |
| Account No.<br><br>Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365 | | | | Representing:<br>MK Battery | | | | Notice Only |
| Account No.<br><br>Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | | | | Representing:<br>MK Battery | | | | Notice Only |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,587.76

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Grant Edward Lejonvarn**                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8687** | | | | **Business Services** | | | | |
| **Office Depot** **PO Box 88040** **Chicago, IL 60680-1040** | - | | | | | | | 812.80 |
| Account No. **xxxx4290** | | | | **Business Services** | | | | |
| **Otto Bock HealthCare** **PO Box 86** **Minneapolis, MN 55486-2167** | - | | | | | | | 14,935.78 |
| Account No. **xxxxx5140** | | | | **Business Services** | | | | |
| **Patterson Medical** **1000 Remington Blvd., Suite 210** **Bolingbrook, IL 60440-5117** | - | | | | | | | 230.18 |
| Account No. | | | | **2012** **Civil Complaint** **Case No. 2012-10771** | | | X | |
| **Pride Mobility Products Corporation** **182 Susquehanna Avenue** **Exeter, PA 18643** | - | | | | | | | 121,011.87 |
| Account No. | | | | **Representing:** | | | | |
| **Johnson Duffie Law Offices** **301 Market Street** **PO Box 109** **Lemoyne, PA 17043-0109** | | | | **Pride Mobility Products Corporation** | | | | **Notice Only** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

136,990.63

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grant Edward Lejonvarn**                                              ,                Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **7677**<br><br>**Ranger All-Season Corp.**<br>**PO Box 132**<br>**George, IA 51237** | - | | | **Business Services** | | | | 522.10 |
| Account No.<br><br>**Ridgestone Bank**<br>**10 N. Martingale Rd. Suite 100**<br>**Schaumburg, IL 60173** | - | | | **Personal Guarantee on Business Loan** | | | | 831,768.44 |
| Account No.<br><br>**Chuhak & Tescon, P.C.**<br>**30 S. Wacker Drive, Suite 2600**<br>**Chicago, IL 60606** | | | | **Representing:**<br>**Ridgestone Bank** | | | | **Notice Only** |
| Account No. **xx1410**<br><br>**Roho Group**<br>**1501 South 74th Street**<br>**Belleville, IL 62223-5900** | - | | | **Business Services** | | | | 1,890.83 |
| Account No.<br><br>**Johnson Morgan White**<br>**6800 Broken Sound Parkway**<br>**Boca Raton, FL 33487-2788** | | | | **Representing:**<br>**Roho Group** | | | | **Notice Only** |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

834,181.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **Grant Edward Lejonvarn**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx1ACH**<br><br>Snug Seat, Inc.<br>12801 E. Independence Blvd.<br>PO Box 1739<br>Matthews, NC 28106 | - | | **Business Services** | | | | 5,720.20 |
| Account No.<br><br>AR Resources, Inc.<br>PO Box 1056<br>Blue Bell, PA 19422 | | | **Representing:**<br>Snug Seat, Inc. | | | | Notice Only |
| Account No.<br><br>AR Resources, Inc.<br>PO Box 10336<br>Jacksonville, FL 32247 | | | **Representing:**<br>Snug Seat, Inc. | | | | Notice Only |
| Account No. **xx1948**<br><br>Therafin Corporation<br>9450 W. Laraway Road<br>Frankfort, IL 60423 | - | | **Business Services** | | | | 220.91 |
| Account No. **6413**<br><br>Universal Capital<br>Greenwood Square, Bldg. 2<br>3331 Street Road, Suite 325<br>Bensalem, PA 19020 | - | | **Personal Guarantee on Business Debt** | | | | 2,604.50 |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,545.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Grant Edward Lejonvarn** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2863<br><br>**USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-0544** | - | | | **Opened 10/01/92  Last Active 11/02/12**<br>**Credit Card Purchases** | | | | **32.00** |
| Account No.<br><br>**USAA Savings Bank**<br>**PO Box 47504**<br>**San Antonio, TX 78265** | | | | **Representing:**<br>**USAA Federal Savings Bank** | | | | **Notice Only** |
| Account No. xxxxxxxxx-x0001<br><br>**Verison Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** | - | | | **Business Cellular Service** | | | | **1,920.70** |
| Account No.<br><br>**Vantage Sourcing**<br>**PO Box 6786**<br>**Dothan, AL 36302** | | | | **Representing:**<br>**Verison Wireless** | | | | **Notice Only** |
| Account No. xxx9157<br><br>**VGM Financial Services**<br>**1111 West San Marnan Drive**<br>**Waterloo, IA 50701** | - | | | **Personal Guarantee on Business Debt** | | | | **5,748.26** |

Sheet no. _**14**_ of _**15**_ sheets attached to Schedule of              Subtotal              **7,700.96**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Grant Edward Lejonvarn**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-7318** <br><br>**Voyager Fleet Systems, Inc.**<br>**PO Box 13050**<br>**Overland Park, KS 66282-3050** | - | | | **Business Services** | | | | **1,904.91** |
| Account No. <br><br>**Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Road, Suite 500**<br>**Houston, TX 77057** | | | | **Representing:**<br>**Voyager Fleet Systems, Inc.** | | | | **Notice Only** |
| Account No. **xxxxxxx3151** <br><br>**WFS Financial**<br>**Wells Fargo Dealer Services**<br>**PO Box 3569**<br>**Rancho Cucamonga, CA 91729** | | | | **Opened 12/01/10  Last Active  4/27/12**<br>**Automobile Deficiency** | | | | **1,312.00** |
| Account No. **xx4165** <br><br>**Yellowbook**<br>**PO Box 3162**<br>**Cedar Rapids, IA 52406** | - | | | **Business Services** | | | | **372.20** |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **3,589.11**

Total<br>(Report on Summary of Schedules)    **1,379,187.76**

B6G (Official Form 6G) (12/07)

.

In re   **Grant Edward Lejonvarn**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | **Cellular Contract, $86.00 Per Month (Estimated),**<br>**24 Month Contract, Beginning 12/2013** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Grant Edward Lejonvarn**                                        ,    Case No. _____

                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carlene M. Anteau**<br>**1240 India St, Unit 1310**<br>**San Diego, CA 92101-8552** | **Chase Mortgage**<br>**10790 Rancho Bernardo Road**<br>**San Diego, CA 92127** |
| **Carlene M. Anteau**<br>**1240 India St, Unit 1310**<br>**San Diego, CA 92101-8552** | **USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-0544** |
| **Carlene M. Anteau**<br>**1240 India St, Unit 1310**<br>**San Diego, CA 92101-8552** | **Chase Bank**<br>**Attn: Bankruptcy**<br>**PO Box 24696**<br>**Columbus, OH 43224-0696** |
| **Carlene M. Anteau**<br>**1240 India St, Unit 1310**<br>**San Diego, CA 92101-8552** | **Regions Mortgage**<br>**PO Box 18001**<br>**Hattiesburg, MS 39404-8001** |
| **Carlene M. Anteau**<br>**1240 India St, Unit 1310**<br>**San Diego, CA 92101-8552** | **Chase Bank**<br>**Attn: Bankruptcy**<br>**PO Box 24696**<br>**Columbus, OH 43224-0696** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Grant Edward Lejonvarn**                                      Case No. _____
                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Surgical Equipment Sales** | |
| Name of Employer | **J. Jamner Surgical Instruments** | |
| How long employed | **5 Years** | |
| Address of Employer | **9 Skyline Drive<br>Hawthorne, NY 10523** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 7,225.75 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 7,225.75 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 1,473.80 | $ | N/A |
| b. Insurance | $ | 368.29 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify):   **401(k) Loan** | $ | 925.22 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,767.31 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,458.44 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 1,600.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify):   **See Detailed Income Attachment** | $ | 1,209.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,809.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 7,267.44 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 7,267.44 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **Marine Corps. reserve pay ends in December 2013.**

**B6I (Official Form 6I) (12/07)**

In re    **Grant Edward Lejonvarn** _____    Case No. _____
                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---|---|
| **Marine Corps Reserve** | $ **1,104.00** | $ **N/A** |
| **Cable TV Monitoring** | $ **100.00** | $ **N/A** |
| **MM Energy Inc. (Gas Wells)** | $ **5.00** | $ **N/A** |
| **Total Other Monthly Income** | $ **1,209.00** | $ **N/A** |

B6J (Official Form 6J) (12/07)

In re **Grant Edward Lejonvarn**                                                              Case No. _____

                                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,865.00 |
| a. Are real estate taxes included? | Yes **X**     No ___ | | |
| b. Is property insurance included? | Yes **X**     No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | | $ | 78.00 |
| b. Water and sewer | | $ | 21.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | | $ | 266.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 503.00 |
| 5. Clothing | | $ | 268.00 |
| 6. Laundry and dry cleaning | | $ | 40.00 |
| 7. Medical and dental expenses | | $ | 278.00 |
| 8. Transportation (not including car payments) | | $ | 75.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 223.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 74.00 |
| e. Other  **Unbrella Insurance** | | $ | 25.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 498.00 |
| b. Other  **Second Mortgage Payment** | | $ | 66.78 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ | 2,260.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)                          $  6,670.78

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 7,267.44 |
| b. | Average monthly expenses from Line 18 above | $ | 6,670.78 |
| c. | Monthly net income (a. minus b.) | $ | 596.66 |

**B6J (Official Form 6J) (12/07)**

In re   **Grant Edward Lejonvarn**                                                 Case No.  _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable / Internet | $ | 180.00 |
| Cellular Telephone | $ | 86.00 |
| **Total Other Utility Expenditures** | $ | 266.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| Auto Repairs / Maintenance | $ | 400.00 |
| Haircuts / Personal Care | $ | 67.00 |
| Military Uniforms, Travel, Equipment | $ | 120.00 |
| Lunches | $ | 188.00 |
| Office Expenses | $ | 30.00 |
| Tax Preparation | $ | 15.00 |
| Memberships  - Various Organizations | $ | 33.00 |
| Magazine Subscriptions | $ | 10.00 |
| Travel & Entertainment | $ | 492.00 |
| Legal Fees | $ | 905.00 |
| **Total Other Expenditures** | $ | 2,260.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Grant Edward Lejonvarn**                                     Case No.
                                    Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **35**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 29, 2012**                    Signature    **/s/ Grant Edward Lejonvarn**

                                                            **Grant Edward Lejonvarn**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Grant Edward Lejonvarn**                                                                     Case No.

_____    Chapter    **7**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $107,432.73 | **2012 YTD: Employment Income (J. Jamner Surgical Instruments and US Military)** |
| $149,553.00 | **2011: Employment Income (J. Jamner Surgical Instruments and US Military)** |
| $134,320.00 | **2010: Employment Income (J. Jamner Surgical Instruments and US Military)** |
| $702.00 | **2012 YTD: Oil / Gas Income** |
| $9,847.00 | **2011: Oil / Gas Income** |
| $8,623.00 | **2010: Oil / Gas Income** |
| $-825.00 | **2012 YTD: Cable TV Consulting** |
| $1,200.00 | **2011: Cable TV Consulting** |
| $3,262.00 | **2010: Cable TV Consulting** |
| $39,130.00 | **2011: Medical Equipment Sales** |

| AMOUNT | SOURCE |
|---|---|
| $59,953.00 | 2010: Medical Equipment Sales |
| $6,738.00 | 2012 YTD: Title Nexus, LLC |
| $9,941.00 | 2011: Title Nexus, LLC |
| $14,982.00 | 2010: Title Nexus, LLC |
| $139,732.00 | 2012 YTD: Rental Income (Cheesman Farms, LLC and Cleaver Farms, LLC) |
| $132,273.00 | 2011: Rental Income (Cheesman Farms, LLC and Cleaver Farms, LLC) |
| $100,968.00 | 2010: Rental Income (Cheesman Farms, LLC and Cleaver Farms, LLC) |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Mortgage**<br>**10790 Rancho Bernardo Road**<br>**San Diego, CA 92127** | **Last 3 Months** | **$5,596.11** | **$238,468.25** |
| **USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-0544** | **Last 3 Months** | **$1,492.65** | **$15,380.66** |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pride Mobility Products Corp. v. Mobility Center of Chicago, Inc. d/b/a Achieve Mobility, et al Case No. 2012-10771** | **Breach of Contract / Collection** | **Luzerne County Court of Common Pleas 200 North River Street Wilkes-Barre, PA 18711** | **Pending** |
| **Ridgestone Bank v. Grant Lejonvarn et al Case No. 12 CH 22453** | **Foreclosure** | **Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602** | **Pending** |
| **City of Chicago v. Charlene Anteau et al Case No. 12BS02709A** | **Administrative Judgement (Building Code Violations)** | **Cook County Circuit Court Dept. of Administrative Hearings Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602** | **Administrative Judgment Entered, $1,240.00** |
| **Ridgestone Bank v. Grant Lejonvarn et al Case No. 12 CH 22451** | **Foreclosure** | **Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602** | **Pending** |
| **Invacare Corporation v. Achieve Mobility et al Case No. 2012 L 005408** | **Breach of Contract** | **Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602** | **Pending** |
| **City of Chicago v. Grant Lejonvarn et al Case No. 2011 M1 403054** | **Housing Complaint** | **Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602** | **Pending** |
| **240 Properties LLC v. Grant Lejonvarn et al Case No. 2012 LM 2163** | **Breach of Contract** | **DuPage County Circuit Court 505 North County Farm Road Wheaton, IL 60187** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Bankruptcy Center, PC**<br>**180 W. Washington Street**<br>**Suite 700**<br>**Chicago, IL 60602** | **10/2012** | **$2,500.00 plus $306.00 Filing Fee** |

5

**10.  Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **UNKNOWN**<br>**Sale of stock on open market**<br>  None | 03/26/2012 | **85 Shares of Johnson & Johnson (JNJ) -NYSE at $65.10 Per Share**<br>**Total Net Sale Proceeds:  $5,498.30 (after fees)** |
| **UNKNOWN**<br>**Sale of stock on open market**<br>  None | 03/26/2012 | **500 Shares of Intel Corporation (INTC) -NasdaqGS at $28.165 Per Share**<br>**Total Net Sale Proceeds:  $14,007.50 (after fees)** |
| **Reid Poll**<br>**300 S. Armory**<br>**South Holland, IL 60473**<br>  None | 10/31/2012 | **Real Property:  1016 W. Dakin, Chicago, IL 60613**<br>**Contract Sales Price:  $420,000.00**<br>**No net proceeds resulted from the sale of property.** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Chase Bank**<br>**800 Madison Street**<br>**Oak Park, IL 60302** | **Debtor** | **Miscellaneous Paperwork / Documents, Iraqi Dinars (Estimated $10.00 worth of Iraqi Currency)** | **None** |

**13.  Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mobility Center of Chicago, Inc.** | 36-4057643 | **17 W 620 14th Street Villa Park, IL 60181** | **Sales of Mobility Products and Supplies** | **12/08/1995 to 05/01/2012** |
| **TitleNexus LLC** | 20-8597093 | **500 Washington Ave. S., Suite 1035 Minneapolis, MN 55415** | **Title Company** | **04/2007 to Present** |
| **Cheesman Farms, LLC** | 20-5871640 | **3831 N. Central Park Avenue Chicago, IL 60618** | **Real Estate Management / Rental** | **_____ to Present** |
| **Cleaver Farms, LLC** | 80-0795342 | **3831 N. Central Park Avenue Chicago, IL 60618** | **Real Estate Management / Rental** | **04/14/2009 to Present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Grant Edward Lejonvarn** | **3831 N. Central Park Avenue, Unit 1** |
| **Debtor is in possession of all books / records of all businesses.** | **Chicago, IL 60618-4102** |

None ■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                      DATE ISSUED

---

**20. Inventories**

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                      ADDRESS            DATE OF WITHDRAWAL

None ■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS            DATE AND PURPOSE            AMOUNT OF MONEY
OF RECIPIENT,            OF WITHDRAWAL            OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                      VALUE OF PROPERTY

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 29, 2012**                          Signature    **/s/ Grant Edward Lejonvarn**

                                                                  **Grant Edward Lejonvarn**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Grant Edward Lejonvarn**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**Chase Bank** | **Describe Property Securing Debt:**<br>**Rental Property (Single Family)**<br>**Location: 8955 S. Carpenter Street, Chicago IL 60620** |

Property will be (check one):

■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt            ■Not claimed as exempt

| Property No. 2 | |
| --- | --- |
| **Creditor's Name:**<br>**Chase Bank** | **Describe Property Securing Debt:**<br>**Rental Property (Condomunium Unit)**<br>**Location: 4814 N. Damen Avenue, Chicago IL 60618**<br>**(IN FORECLOSURE)** |

Property will be (check one):

☐Surrendered                    ■Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
■Other.  Explain   **Continue to Make Regular Monthly Payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt            ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

---

**Property No. 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Chase Mortgage** | **Residence (Two-Flat)** |
| | **Location: 3831 N. Central Park Avenue, Chicago IL** |
| | **60618-4102** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __**Continue to Make Regular Monthly Payments**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Regions Mortgage** | **Rental Property (Multi-Family)** |
| | **Location: 1334 N. Cleaver Street, Chicago IL 60622** |
| | **(IN FORECLOSURE)** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __**Continue to Make Regular Monthly Payments**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **USAA Federal Savings Bank** | **Residence (Two-Flat)** |
| | **Location: 3831 N. Central Park Avenue, Chicago IL** |
| | **60618-4102** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __**Continue to Make Regular Monthly Payments**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**USAA Federal Savings Bank** | **Describe Property Securing Debt:**<br>**2009 Ford Flex Limited AWD (95,000 Miles) Fair Condition**<br>**VIN:  2FMEK63C29BA01120** |

Property will be (check one):

   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt             ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 29, 2012**_____      Signature    **/s/ Grant Edward Lejonvarn**_____
                                                        **Grant Edward Lejonvarn**
                                                        Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Grant Edward Lejonvarn**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   $ **306.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, negotiation of reaffirmation agreements**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 29, 2012**

**/s/ Majdel S. Musa**
**Majdel S. Musa 6282010**
**Consumer Bankruptcy Center, PC**
**180 W. Washington**
**Suite 700**
**Chicago, IL 60602**
**312-346-7867  Fax: 312-377-9930**
**musa@cbcattorneys.com**

---



**CONSUMER BANKRUPTCY CENTER, P.C.**
THE FIRST STEP TO FINANCIAL RECOVERY

October 9, 2012

Grant Lejonvarn
3831 N Central Park Ave
Chicago, IL 60618

**Re:   Retainer for Chapter 7 Bankruptcy – Grant Lejonvarn**

Dear Mr. Lejonvarn:

Consumer Bankruptcy Center, PC (CBC) appreciates the opportunity to help you resolve your financial situation. After reviewing your finances, we agree that filing for bankruptcy under Chapter 7 is the best solution for you.

This letter will serve as an engagement agreement that will establish the terms of our relationship. When you sign it, it will become a contract between us.

In passing the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, the Congress imposed strict requirements upon attorneys representing debtors, requiring them to specify what duties they will perform and to make certain representations to clients. Those specific duties and representations are set out in this representation agreement.

Please read this agreement carefully and be sure you understand it. If you have any questions, you should consult with me before signing. Once you are satisfied with the agreement, please sign and return a copy to me. Following are the specifics of our proposed representation. The CBC will:

1.   Meet with you to discuss your financial situation and possible solutions;

2.   Provide the section 342(b)(1) notice (which sets out the purpose, benefits, and costs of filing under Chapters 7, 11, 12 or 13; the types of services available from credit counseling agencies; and the penalties of committing certain bankruptcy crimes) and will explain the notice to you;

3.   Prepare the necessary bankruptcy petition, schedules, statement of affairs, and other documents, and review and file the bankruptcy case under the chapter you select;

4.   Prepare for and accompany you to the section 341 first meeting of creditors;

5.   Assist in the amendments to the papers filed and the production of such documents as the trustee requests;

6.   Assist you in the negotiation and execution of reaffirmation agreements that are in your best interest and meet all requirements of the law.

**For this work, Consumer Bankruptcy Center, PC will charge a flat fee of $2500.00.**

In addition, you agree to pay the $306.00 court filing fee.

In addition, any other out-of-pocket costs that the court allows that are incurred on your behalf will be paid by you.  If you need to make any amendments or add any creditors/debt after the case is filed, there is a $30.00 court fee, plus a $20.00 legal fee for doing so.

Upon execution of this agreement, and no later than the date of filing, you will provide us the full amount of the legal fee and filing fee. *You acknowledge that your bankruptcy case will NOT be filed until both the entire legal fee and court fee have been received.* Your creditors may continue to take legal action against you until your Petition is filed with the Bankruptcy Court.

If you cannot pay the entire fee upon execution, you will pay in installments as follows:

_____ due on or before _____

_____ due on or before _____

_____ due on or before _____

_____ due on or before _____

If for any reason you do not provide all needed documents and sign your bankruptcy Petition, Schedules and Statement of Financial Affairs within thirty (30) calendar days of the date on which the final payment is due under this Agreement, then an additional charge of $200 will be due.

**In the event that any personal check is returned as uncollectible for any reason, no further legal fees will be accepted by personal check.  In addition, a returned check fee of $40 will be assessed. A late fee of $10 will be applied to each and every payment received after the date on which it is due.**

**<u>The legal fee is deemed earned and nonrefundable upon filing of the bankruptcy case.</u>**

*Once work has begun on the Petition, in the event that your case is not filed with the bankruptcy court due to your decision not to file bankruptcy or to file with another firm, all but $500.00 will be refunded.* The $500.00 will be considered earned for the work completed by Consumer Bankruptcy Center, PC, to the date of termination of this Agreement. Though CBC has agreed to charge a flat rate for your case, you understand that the normal billing rate of attorneys at Consumer Bankruptcy Center, PC is $250.00 per hour.

You understand that additional services may be required and, therefore, additional legal fees may be charged by Consumer Bankruptcy Center, PC.  Those fees include, but are not limited to, the following:

1.  Amendment of schedules to add new creditors;

2.  Amendment of schedules to change income or expenses, or to add property;

3.  Attendance at second or adjourned meeting of creditors;

4. Responding to an inquiry made by the U.S. Trustee's Office in connection with a determination on whether to make a motion to dismiss your case or deny your discharge;

5. Defending a motion made to dismiss, convert or objection to discharge in your bankruptcy case;

6. Reopen your file after it has been closed for non-payment;

7. Reopen your file after it has been closed for failure to complete the post-filing Debtor Education course.

You acknowledge that Consumer Bankruptcy Center, PC does not represent you in any other type of case, lawsuit or proceeding other than the bankruptcy case. The attorneys of CBC may make a special appearance in a court, other than the Bankruptcy Court, for the purpose of filing a notification of your bankruptcy proceedings, and to suggest to another court that the proceedings should be stayed. Sending or receiving any summons or complaint, or notifying the CBC of a pending lawsuit does not obligate the Consumer Bankruptcy Center, PC to represent you in that lawsuit or before that court. Any representation in a state court proceeding, including without limitation: collection lawsuits, foreclosure lawsuits, and etc., is not included in this Bankruptcy Retainer Agreement. Any referral made to another attorney to represent Client is a courtesy only. The undersigned attorney is not associated with any other law firm outside of the Consumer Bankruptcy Center, PC.

You understand that certain debts cannot be discharged in bankruptcy. You agree that you are still liable to repay any debt not discharged in your bankruptcy. You understand that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy. You further understand that the list of non-dischargeable debts may be expanded by legislation or court decisions and that CBC has no control over the type of debts that may be or become non-dischargeable:

1. Certain types of taxes, custom duties, or debts to pay taxes or custom duties;

2. Student loans;

3. Debts owed for spousal or child support;

4. Debts owed to the spouse, former spouse, or child in a domestic relations proceeding;

5. Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived;

6. Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.

7. Consumer debts for luxury goods obtained within ninety (90) days of the date of filing of the bankruptcy petition;

8. Cash advances obtained within seventy (70) days of the date of the filing of the bankruptcy petition;

9. Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement or larceny;

10.   Debts owed for fines, penalties, or forfeitures payable to and for the benefit of governmental entity;

11.   Debts owed for death or personal injury arising from the operation of a motor vehicle, boat, or aircraft while intoxicated by drugs or alcohol.

You understand that filing bankruptcy does not automatically discharge or remove liens from any real estate.  You agree that the Consumer Bankruptcy Center, PC will not take any action to avoid (remove) any lien on real estate unless Client specifically authorizes the CBC to do so in writing (if this is an option). You agree that the CBC will rely on your statements concerning ownership of real property and any liens attached to your real property. **You agree to hold the CBC harmless if you later discover liens, lawsuits or judgments against you or your real estate.**

As a separate document, but included as part of this representation agreement, we are giving you notice of "Important Information About Bankruptcy Assistance Services from an Attorney" as required by section 527 of the Bankruptcy Reform Act. *See Exhibit A.*

You agree to furnish all information necessary to enable us to complete the documents that will be filed in your case and that such information will be complete, accurate, and truthful.

If you fail to provide the full amount of the retainer as set out herein, we may be relieved from the responsibility of performing any further work under this representation agreement.

We may also be relieved of the responsibility to represent you if you fail to provide us information or documents in time and with sufficient adequacy to enable us to respond to any inquiry, or if you do not appear at any court hearing. If these failings occur after we have filed your bankruptcy case, we can only be relieved if the court allows our withdrawal. You will receive notice of any motion and hearing on our desire to withdraw.

You are aware of the ethical requirement imposed upon all Attorneys in this state.  If you perpetrate a fraud upon any person, creditor or court, we are obligated to call upon you to rectify it.  If you refuse or are unable to do so, we are required to reveal the fraud to the affected person, creditor or court.

*You acknowledge that the Consumer Bankruptcy Center, PC will not research creditor information, including addresses, account numbers, or balances other than what is disclosed on credit reports and in your intake form. If you believe that you owe the IRS or the State of Illinois money for unpaid income taxes, you will provide the income tax years you believe are owed. CBC will not research unpaid taxes that are not disclosed. You must provide this information to the CBC in writing.  Failure to do so may result in unscheduled debts subject to non-dischargeability.*

You acknowledge that you MUST attend pre-petition credit counseling before the bankruptcy petition can be filed. You understand that you must also attend post-petition counseling after the bankruptcy petition is filed and within the time frame allowed by statute. **You acknowledge that the bankruptcy cannot be filed without the certificate of completion of the pre-bankruptcy credit counseling and that no discharge of debts will be issued if the post-bankruptcy credit counseling is not completed within the statutory time frame.**

Since the outcome of a case is subject to factors which cannot always be foreseen, you acknowledge and understand that we have made no promises or guarantees to you concerning the

outcome and are unable do so. Nothing in this agreement should be construed as such a promise or guarantee.

You agree that Consumer Bankruptcy Center, PC may discard Client records within seven (7) years of the completion of the Client's bankruptcy case.

This document represents the complete agreement between the parties and may not be modified or replaced except by a subsequent written agreement executed by the parties.

This representation agreement shall be void if not executed by the parties within five (5) business days after the first date on which the agency provides any bankruptcy assistance services.

Sincerely and Agreed:

Consumer Bankruptcy Center, PC
A Debt Relief Agency

_____
Majdel S. Musa

Accepted this _____ day of _____, 2012.

_____
Assisted Person

_____
Assisted Person

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Grant Edward Lejonvarn** _____   Case No. _____
                                    Debtor(s)          Chapter   **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Grant Edward Lejonvarn** _____        X **/s/ Grant Edward Lejonvarn**        **November 29, 2012**
Printed Name(s) of Debtor(s)                          Signature of Debtor                    Date

Case No. (if known)  _____        X _____
                                              Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Grant Edward Lejonvarn**

Case No.

Debtor(s)          Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 29, 2012**                    **/s/ Grant Edward Lejonvarn**

**Grant Edward Lejonvarn**
Signature of Debtor

.

240 Properties LLC
c/o Glennon
18 Schooner Road
Northport, NY 11768


706 LLC
c/o Mary Ann Royse
301 N. Neil Street, Suite 400
Champaign, IL 61820


Accord Creditor Services
PO Box 10002
Newnan, GA 30271


Aetna Insurance
NCO Overpayment Recovery
1425 Union Meeting Road
Blue Bell, PA 19422


Allied Waste Services
PO Box 985
Danville, IL 61834


Altimate Material, Inc.
262 West First Street
Morton, MN 56270


Ameren Illinois
PO Box 66893
Saint Louis, MO 63166-6893


AR Resources, Inc.
PO Box 1056
Blue Bell, PA 19422


AR Resources, Inc.
PO Box 10336
Jacksonville, FL 32247


AT&T Credit Managemenrt
PO Box 80701
Charleston, SC 29416

Brightree LLC
1735 N. Brown Road, Suite 500
Lawrenceville, GA 30043


Burke/Leisure-Lift Inc.
1800 Merriam Lane
Kansas City, KS 66106


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Caine & Weiner
1699 E. Woodfield Road
Schaumburg, IL 60173


Caine & Weiner
338 Harris Hill Road, Suite 206
Buffalo, NY 14221


Caine & Weiner
21210 Erwin Street
Woodland Hills, CA 91367


Carlene M. Anteau
1240 India St, Unit 1310
San Diego, CA 92101-8552


Chase
PO Box 24696
Columbus, OH 43224-0696


Chase Bank
Attn: Bankruptcy
PO Box 24696
Columbus, OH 43224-0696


Chase Bank
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Chase Bank
340 S. Cleveland Avenue
Building 370
Westerville, OH 43081


Chase Manhattan Mortgage
Attn; Bankruptcy Dept
3415 Vision Dr. Mail Code: OH4-7133
Columbus, OH 43219


Chase Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127


Chuhak & Tescon, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


Citgo Mastercard
PO Box 70995
Charlotte, NC 28272


City of Chicago
Department of Buildings
120 N. Racine
Chicago, IL 60607


City of Chicago
Department of Buildings
8212 Innovation Way
Chicago, IL 60682-0082


Coast to Coast Financial Solutions
101 Hodencamp Road, Suite 120
Thousand Oaks, CA 91360


Comcast
PO Box 3006
Southeastern, PA 19398


Comcast
155 Industrial Road
Elmhurst, IL 60126-1618

Commercial Claims, Inc.
1901 Park Drive
PO Box 1315
Kansas City, KS 66117


Corporation Counsel
30 N. LaSalle Street
Suite 800
Chicago, IL 60602


Dan Doherty
188 Industrial Drive, Suite 133
Elmhurst, IL 60126


Dex One
PO Box 9001401
Louisville, KY 40290-1401


Donald Porter
1212 S. Naper Blvd., Suite 119-262
Naperville, IL 60540-8360


Drive Medical Design & Mfg.
PO Box 798019
Saint Louis, MO 63179-8000


Falcon Leasing LLC
183 Cedar Drive, Suite B
Foley, MN 56329


FedEx
PO Box 94515
Palatine, IL 60094-4515


Fleet Commander
US Bank - Recovery Dept.
12800 Foster Street
Overland Park, KS 66213-2623


Flood Brothers Disposal
17 W 697 Butterfield Road
Suite E
Villa Park, IL 60181

Frank Mobility Systems, Inc.
1003 International Drive
Oakdale, PA 15071


Golden Technologies, Inc.
401 Bridge Street
Old Forge, PA 18518


Goodyear Auto Service
148 S. Kennedy Drive
Bradley, IL 60915


Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston, TX 77057


Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Illinois American Water
PO Box 94551
Palatine, IL 60094-4551


Invacare Corporation
1 Invacare Way
Elyria, OH 44035-4190


Johnson Duffie Law Offices
301 Market Street
PO Box 109
Lemoyne, PA 17043-0109


Johnson Morgan White
6800 Broken Sound Parkway
Boca Raton, FL 33487-2788


Lavelle Law, Ltd.
501 W. Colfax Street
Palatine, IL 60067


McMahan & Sigunick, Ltd.
412 S. Wells Street
6th Floor
Chicago, IL 60607

Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060


Merits Health Products, Inc.
730 NE 19th Place
Cape Coral, FL 33909


MK Battery
1631 S. Sinclaire Street
Anaheim, CA 92806


North Shore Agency
9525 Sweet Valley Drive
Building A
Cleveland, OH 44125


Office Depot
PO Box 88040
Chicago, IL 60680-1040


Otto Bock HealthCare
PO Box 86
Minneapolis, MN 55486-2167


Patterson Medical
1000 Remington Blvd., Suite 210
Bolingbrook, IL 60440-5117


Pride Mobility Products Corporation
182 Susquehanna Avenue
Exeter, PA 18643


Ranger All-Season Corp.
PO Box 132
George, IA 51237


Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


Regions Mortgage
PO Box 18001
Hattiesburg, MS 39404-8001

Ridgestone Bank
10 N. Martingale Rd. Suite 100
Schaumburg, IL 60173


Ridgestone Bank
13925 W. North Ave.
Brookfield, WI 53005


Roho Group
1501 South 74th Street
Belleville, IL 62223-5900


Sabih Quadeer
Madison Law Group
205 W. Randolph Street, #1801
Chicago, IL 60606


Snug Seat, Inc.
12801 E. Independence Blvd.
PO Box 1739
Matthews, NC 28106


Therafin Corporation
9450 W. Laraway Road
Frankfort, IL 60423


Universal Capital
Greenwood Square, Bldg. 2
3331 Street Road, Suite 325
Bensalem, PA 19020


USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544


USAA Savings Bank
PO Box 47504
San Antonio, TX 78265


Vantage Sourcing
PO Box 6786
Dothan, AL 36302

Verison Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


VGM Financial Services
1111 West San Marnan Drive
Waterloo, IA 50701


Voyager Fleet Systems, Inc.
PO Box 13050
Overland Park, KS 66282-3050


WFS Financial
Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA 91729


White Llynn Kimberly
100 S. 4th Street, Suite 1100
Saint Louis, MO 63102


Yellowbook
PO Box 3162
Cedar Rapids, IA 52406