## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| **MARKET STREET PROPERTIES, LLC** ) | Case No. 12-48537 |
| ) | |
| **Debtor.** ) | Hon. Janet S. Baer |
| ) | |
| ) | Hearing Date: November 17, 2015 |
| ) | Hearing Time: 10:00 a.m. |

## NOTICE OF FINAL FEE APPLICATION

To:  See Attached Service List

On October 21, 2015, John F. Pollick, P.C. ("Pollick") filed the **Final Fee Application of John F. Pollick, P.C. for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application").** Pollick seeks $655.57 in compensation and $0.00 in expense reimbursement. A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **November 17, 2015**, at the hour of **10:00 a.m.** before the Honorable Judge Janet S. Baer, United States Bankruptcy Judge (or any judge who may be sitting in her stead) in Courtroom 615 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before **November 12, 2015**, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **November 16, 2015.**

If you do not object, the Court may grant the relief requested.

Dated: October 21, 2015                    By: /s/ John F. Pollick
                                               John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

## **CERTIFICATE OF SERVICE**

      I, John F. Pollick, an attorney, hereby certify that I caused the foregoing Notice of Final Fee Application, together with a true copy of the Trustee's **FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE** to be served on those parties described below, in the manner indicated, this 21st day of October, 2015.

      /s/ John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243

## **SERVICE LIST**

**BY U.S. MAIL**

Market Street Properties LLC
817 West Fulton Market
Chicago, IL 60607

William Kowalski
817 West Fulton Market
Chicago, Illinois 60607

Michelle G. Novick
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606

Cook County Treasurer's Office
118 North Clark Street, Room 112
Chicago, IL 60602

Richard J. Mason
Chapter 7 Trustee
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

**BY CM/ECF**

Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

Jeffrey K. Gutman
Gutman & Associates LLC
4018 North Lincoln
Chicago, IL 60618

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MARKET STREET PROPERTIES, LLC** | ) | Case No. 12-48537 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | Hearing Date: November 17, 2015 |
| | ) | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR THE FINAL APPLICATION FOR**
**PROFESSIONAL COMPENSATION FOR JOHN F. POLLICK, P.C.**

| | |
|---|---|
| Name of Applicant: | John F. Pollick, P.C. |
| Authorized to Provide Professional Services to: | Richard J. Mason, Ch.7 Trustee |
| Date of Retention Order: | September 10, 2013, effective as of July 16, 2013 |
| Period for which Compensation is Sought: | From December 3, 2013 through Closing of Case |
| Amount of Fees Sought: | $655.57 |
| Amount of Expense Reimbursement Sought: | $0 |

This is an:          Interim Application: _          Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| **December 2, 2013** | 7/6/2013 - 12/2/2013 | $7,882.00 | $7,882.00 |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: **$7,882.00**

5

Dated: October 21, 2015 By: /s/ John F. Pollick
John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MARKET STREET PROPERTIES, LLC** | ) | Case No. 12-48537 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | Hearing Date: November 17, 2015 |
| | ) | Hearing Time: 10:00 a.m. |

**FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE TRUSTEE FOR THE PERIOD
<u>DECEMBER 3, 2013 THROUGH CLOSING OF CASE</u>**

John F. Pollick, P.C., counsel for Richard J. Mason, not individually, but solely as the Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") for the above-captioned debtor ("Debtor"), submits this Final Application (the "Application") of John F. Pollick, P.C. ("Pollick") for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period from December 3, 2013 through the closing of this case (the "Compensation Period") and requests the entry of an order allowing and authorizing payment of compensation (the "Compensation") in the amount of $655.57 and reimbursement of expenses (the "Expense Reimbursement") in the amount of $0.00 for services provided and expenses incurred by Pollick as counsel for the Trustee, and, in support thereof, respectfully states as follows:

**<u>Jurisdiction and Venue</u>**

1.     The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334. Pursuant to 28 U.S.C. §157(b)(2)(A) and (O), this Motion is a core proceeding.

2.     Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

**Background**

3.      On or about December 11, 2012 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 (the "Code") of the United States Code.

4.      On or about June 3, 2013, this case (the "Case") was converted to a case under Chapter 7 of the Code.

5.      On or about June 4, 2013, the Trustee was appointed trustee herein.

6.      On or about September 10, 2013, the Trustee was authorized to retain Pollick as primary counsel for the Estate, effective as of July 16, 2013. [Docket No. 27].

7.      The Trustee is currently holding general, unencumbered Estate funds totaling $_____ ("Estate Funds").  If authorized, payment of the fees requested herein would be made from Estate Funds.

**Relief Requested**

8.      Through this Application, the Trustee seeks the entry of an order, pursuant to sections 330 and 331 of the Code, approving and authorizing immediate payment to Pollick from Estate Funds of Compensation in the amount of $655.57 and Expense Reimbursement in the amount of $0.00 incurred in representing the Trustee during the Compensation Period.  A detailed abstract containing specific summaries of all services provided by Pollick to the Trustee during this period, including all fees charged, is attached hereto as Exhibit A.

9.      This is Pollick's Final Application for Compensation and Expense Reimbursement.

**Summary of Pollick's Activities**

10.     As of the Petition Date, the sole asset of the Estate was 100% of the beneficial interest (the "Beneficial Interest") in Chicago Title Land Trust Company, as successor Trustee

8

(the "Land Trustee") to North Star Trust Company, as Trustee under Trust No. 08-11182 dated October 16, 2008 (the "Land Trust").  The sole asset of the Land Trust was real property commonly known as 807 West Fulton Market Street, Chicago, Illinois 60607 (the "Property"). In a proof of claim filed August 9, 2013, FirstMerit Bank, N.A. (the "Bank") asserted that the Debtor was indebted to it in the amount of $641,363.21, plus interest at the rate of $107.79 per diem since December 12, 2012, and attorneys' fees, and further asserted that its claim was secured by a mortgage on the Property.. See Bank's Proof of Claim [Claim 2-1].

11. In connection with its representation of the Trustee, Pollick examined the Bank's claim, determined it was valid and proceeded to negotiate, subject to Court approval and competitive bidding, the sale to the Bank of the Trustee's right, title and interest in the Beneficial Interest.  Pollick prepared a motion for Court approval of the Bank's purchase offer and related bidding procedures, which the Court granted on September 10, 2013.  See Docket Nos. 25, 26 and 28.  After advertising the sale online and in the Chicago Tribune on September 18, 2013, Pollick conducted the sale on September 30, 2013.  On October 1, 2013, the Court confirmed the sale of the Trustee's right, title and interest in the Beneficial Interest to Martha Padilla ("Padilla"), the highest bidder [Docket No. 29], and on October 17, 2013, the sale to Padilla closed.  The Bank received $540,000 of the $560,000 purchase price, in exchange for releases of its mortgage on the Property and lien on the Beneficial Interest, and the remaining $20,000 was paid the Estate for administrative and other unsecured claims allowed or to be allowed by the Court.

12. On October 3, 2013, the Trustee filed an Initial Report of Assets.  On October 4, 2013, the clerk of the Court set a claims bar date of January 6, 2014 and sent notice of same to creditors and other parties in interest.  [Docket Nos. 30 - 32]

13.     Since the filing of its First Interim Fee Petition, Pollick has consulted generally with the Trustee regarding this case and prepared this Petition.  In addition, in order to close this case, it is anticipated that Pollick will review the Trustee's final report and prepare and attend hearings on both this Petition and the Trustee's final report   Detailed descriptions of these activities are set forth in Exhibit A attached hereto.

### Nature of Services Performed by Pollick

14.     All services performed by Pollick during the Compensation Period were performed or are to be performed for and on behalf of the Trustee.

15.     This Application has been prepared with the intention of complying with the applicable standards set forth in the Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

16.     None of the payments received by Pollick will be shared with any other party, nor are these payments subject to a sharing arrangement between Pollick and any third party.

17.     In accordance with section 330 of the Code, Pollick represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Code.

18.     The normal hourly rate charged by John F. Pollick, the principal and sole attorney of Pollick, for the Compensation Period covered by this Application is as follows:

| Name | Rate | Hours | Total Value of Services |
|---|---|---|---|
| John F. Pollick | 350.00 | 2.5 | $875.00 |

19.     During the Compensation Period, Pollick performed significant legal services to the Trustee, as set forth in detail in Exhibit A attached hereto, summarized as follows:

10

| Nature of Services | Hours | Value |
|---|---|---|
| Fee Petition | 1.0 | $350.00 |
| Closing of Case | 1.5 | 525.00 |
| **Total** | **2.5** | **$875.00** |

20.　All of the services summarized above and set forth in <u>Exhibit A</u> were reasonably necessary in order that the interest of the Estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the Estate and its creditors.

## Computation of Compensation

21.　The services performed by Pollick during the Compensation Period required a total time expenditure for which compensation is sought of 2.5 hours. The average hourly rate for such services, as requested in this Application, is $350.00 per hour. The services for which Pollick is seeking compensation are set forth with particularity in <u>Exhibit A</u>. Based on the nature, extent and value of the services for which Pollick is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $875.00. <u>Notwithstanding such value, because Estate Funds available for fees and expenses of the Trustee and his counsel are limited, Pollick has agreed to accept $655.57 as payment in full for services covered by this Application</u>.

## Expenses

22.　Pollick has incurred no expenses during the Compensation Period for which it seeks reimbursement.

## Notice

23.　Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of

11

Bankruptcy Procedure 2002, the Trustee has mailed or, through the Court's ECF System, emailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case.

WHEREFORE, Pollick prays this Court enter an order allowing Pollick's compensation of $655.57 as payment for legal fees and reimbursement of $0.00 for expenses, authorizing immediate payment of same from Estate Funds, approving the form and manner of notice provided to creditors and other parties in interest herein, and granting such further relief as the Court deems just.

Dated: October 21, 2015                    By: /s/ John F. Pollick
                                                                                                                          John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee