**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| **GRANT EDWARD LEJONVARN,** | ) | CASE NO. 12-47019 |
| | ) | |
| | ) | **HON. JUDGE CAROL A. DOYLE** |
| Debtor. | | |

**COVER SHEET FOR TRUSTEE'S APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Name of Applicant:     **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  Estate of Grant Edward Lejonvarn

Date of Order Authorizing Employment:  November 11, 2012 through Closing of Case

Period for Which Compensation is Sought:  From November 11, 2012 through Closing of Case

Amount Of Fees Sought:                **$4,792.69**

Amount of Expense Reimbursement Sought:     **$0.00**

This is an: _____ Interim Application         ___X___ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $_____0.00_____ .

Date: October 21, 2015                                       Applicant: /s/ Richard J.Mason
                                                                                  Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| LEJONVARN, GRANT EDWARD | ) | |
| | ) | CASE NO. 12-47019 DAC |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:    THE HONORABLE  CAROL A. DOYLE,
         BANKRUPTCY JUDGE

NOW COMES RICHARD J. MASON, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,792.69 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $40,426.85.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 3,542.69 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 4,792.69 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $ 0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this   21st   day of   October  , 2015.

Dated:   10/21/2015                            /s/ RICHARD J. MASON
                                               RICHARD J. MASON, Trustee
                                               McGuire Woods LLP
                                               77 West Wacker Drive
                                               Suite # 4100
                                               Chicago, IL  60601-1815

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| John F. Pollick Fees | 6,615.00 | 1,050.00 | 7,665.00 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTAL | $ 6,615.00 | $ 1,050.00 | $ 7,665.00 |