**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GRANT EDWARD LEJONVARN,** | ) | Case No. 12-47019 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: November 12, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**NOTICE OF FINAL FEE APPLICATION**

To:   See Attached Service List

On October 22, 2015, John F. Pollick, P.C. ("Pollick") filed the **Final Fee Application of John F. Pollick, P.C. for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application").**  Pollick seeks $1,050.00 in compensation and $0 in expense reimbursement.  A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **November 12, 2015**, at the hour of **10:00 a.m.** before the Honorable Carol A. Doyle, United States Bankruptcy Judge (or any judge who may be sitting in her stead) in Courtroom 742 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before **November 9, 2015**, you or your attorney must file a written Objection to the Application, which should explain

the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **November 12, 2015** at **10:00 a.m.**

    If you do not object, the Court may grant the relief requested.

Dated: October 22, 2015                      By: /s/ John F. Pollick
                                                    John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois 60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

## **CERTIFICATE OF SERVICE**

      I, John F. Pollick, an attorney, hereby certify that I caused the foregoing Notice of Final Fee Application, together with a true copy of the Trustee's **FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE** to be served on those parties described below, in the manner indicated, this 22nd day of October, 2015.

                                              /s/ John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243

**SERVICE LIST**

**BY U.S. MAIL**

Grant Edward Lejonvarn
3831 North Central Park Avenue
Unit No. 1
Chicago, Illinois 60618

Majdel S. Musa
Musa Law Office, Ltd.
112 Calendar Avenue
LaGrange, IL 60525

**BY CM/ECF**

Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

Richard J. Mason
Chapter 7 Trustee
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

Majdel S. Musa
Consumer Bankruptcy Center, P.C.
180 West Washington Street
Suite 700
Chicago, Illinois 60601

Ross Brand
Fisher and Shapiro, LLC
2121 Waukegan Road
Suite 301
Bannockburn, Illinois 60015

Andrew J. Nelson
Pierce & Associates, P.C.
1 North Dearborn, Suite 1300
Chicago, Illinois 60602

Edmond M. Burke
Chuhak & Tecson, P.C.
30 South Wacker Drive
26th Floor
Chicago, Illinois 60606-7413

Jessica Naples
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, Illinois 60527

Wesley A. Wiley
USAA Federal Savings Bank
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GRANT EDWARD LEJONVARN, | ) | Case No. 12-47019 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: November 12, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**COVER SHEET FOR THE FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION FOR JOHN F. POLLICK, P.C.**

Name of Applicant: John F. Pollick, P.C.

Authorized to Provide Professional Services to: Richard J. Mason, Ch.7 Trustee

Date of Retention Order: July 18, 2013, effective as of June 6, 2013

Period for which Compensation is Sought: From November 27, 2013 through Closing of the Case

Amount of Fees Sought: $1,050.00

Amount of Expense Reimbursement Sought: $0.00

This is an: Interim Application: __    Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| **Nov. 27, 2013** | **6/6/2013 - 11/26/2013** | **$6,615.00** | **$6,615.00** |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: **$0.00**

5

Dated: October 22, 2015          By: /s/ John F. Pollick
                                                       John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois 60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GRANT EDWARD LEJONVARN, | ) | Case No. 12-47019 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: November 12, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE TRUSTEE FOR THE PERIOD
<u>NOVEMBER 27, 2013 THROUGH CLOSING OF CASE</u>**

John F. Pollick, P.C., counsel for Richard J. Mason, not individually, but solely as the Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") for the above-captioned debtor ("Debtor"), submits this Final Application (the "Application") of John F. Pollick, P.C. ("Pollick") for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period from November 27, 2013 through the closing of this case (the "Compensation Period") and requests the entry of an order allowing and authorizing payment of compensation (the "Compensation") in the amount of $1,050.00 and reimbursement of expenses (the "Expense Reimbursement") in the amount of $0.00 for services provided and expenses incurred by Pollick as counsel for the Trustee, and, in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334. Pursuant to 28 U.S.C. §157(b)(2)(A) and (O), this Motion is a core proceeding.

2.  Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

## Background

3.  On or about November 29, 2012, the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code (the "Code").

4.  On or about November 29, 2012, the Trustee was appointed trustee herein.

5.  On or about July 18, 2013, the Trustee was authorized to retain Pollick as primary counsel for the Estate, effective as of June 6, 2013. [Docket No. 42].

6.  The Trustee is currently holding general, unencumbered Estate funds totaling $_____ ("Estate Funds"). If authorized, payment of the fees requested herein would be made from Estate Funds.

## Relief Requested

7.  Through this Application, the Trustee seeks the entry of an order, pursuant to sections 330 and 331 of the Code, approving and authorizing immediate payment to Pollick from Estate Funds of Compensation in the amount of $1,050.00 incurred in representing the Trustee during the Compensation Period. A detailed abstract containing specific summaries of all services provided by Pollick to the Trustee during this period, including all fees charged, is attached hereto as Exhibit A.

8.  This is Pollick's Final Application for Compensation and Expense Reimbursement.

## Summary of Pollick's Activities

9.  As of the Petition Date, the Estate, which consisted primarily of encumbered real estate interests and property claimed as exempt, appeared to have little or no assets. Pollick reviewed and objected to several of the Debtor's exemptions, claiming that, with respect to the

cash surrender value of an insurance policy, the policy was not exempt under Illinois law and, with respect to certain investments, such investments were undervalued and, therefore, only partially exempt or not exempt at all. Pollick's investigation and research resulted, with Court approval, in the Debtor buying out the Estate's interest in the insurance policy for its net surrender value, over $32,000, and the sale by the Trustee to a third party for $7,500 of an investment the Debtor's schedules indicated was exempt and worth only $350.

10. Since the filing of its First Interim Fee Petition, Pollick has consulted generally with the Trustee regarding this case and prepared this Petition. In addition, in order to close this case, it is anticipated that Pollick will review the Trustee's final report and prepare and attend hearings on both this Petition and the Trustee's final report  Detailed descriptions of these activities are set forth in Exhibit A attached hereto.

### Nature of Services Performed by Pollick

11. All services performed or to be performed by Pollick for which compensation is being sought were performed for and on behalf of the Trustee.

12. This Application has been prepared with the intention of complying with the applicable standards set forth in the Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

13. None of the payments received by Pollick will be shared with any other party, nor are these payments subject to a sharing arrangement between Pollick and any third party.

14. In accordance with section 330 of the Code, Pollick represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Code.

15.     The normal hourly rate charged by John F. Pollick, the principal and sole attorney of Pollick, for the Compensation Period covered by this application is as follows:

| Name | Rate | Hours | Total Value of Services |
|---|---|---|---|
| John F. Pollick | 350.00 | 3.0 | $1,050.00 |

16.     During the Compensation Period, Pollick performed significant legal services to the Trustee, as set forth in detail in Exhibit A attached hereto, summarized as follows:

| Nature of Services | Hours | Value |
|---|---|---|
| Fee Petitions | 1.0 | $350.00 |
| Closing of Case | 2.0 | $700.00 |
| **Total** | **3.0** | **$1,050.00** |

17.     All of the services summarized above and set forth in Exhibit A were reasonably necessary in order that the interest of the Estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the Estate and its creditors.

## Computation of Compensation

18.     The services performed by Pollick during the Compensation Period required a total time expenditure for which compensation is sought of 3.0 hours. The average hourly rate for such services, as requested in this Application, is $350.00 per hour. The services for which Pollick is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which Pollick is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $1,050.00.

## Expenses

19.     Pollick has incurred no expenses during its representation of the Trustee for which it seeks reimbursement.

**Notice**

20.     Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application.  In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, the Trustee has mailed or, through the Court's ECF System, emailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case.

WHEREFORE, Pollick prays this Court enter an order allowing Pollick's compensation of $1,050.00 as payment for legal fees, authorizing immediate payment of same from Estate Funds, approving the form and manner of notice provided to creditors and other parties in interest herein, and granting such further relief as the Court deems just.

Dated: October 22, 2015                          By: /s/ John F. Pollick
                                                      John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee