| | | |
|---|---|---|
| RICHARD J. MASON | The Honorable: | CAROL A. DOYLE |
| McGuire Woods LLP | Chapter 7 | |
| 77 West Wacker Drive | Location: | 219 S. Dearborn, Courtroom 742, Chicago, IL |
| Suite # 4100 | Hearing Date: | / / |
| Chicago, IL 60601-1815 | Hearing Time: | |
| (312) 750-3597 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LEJONVARN, GRANT EDWARD § Case No. 12-47019-DAC
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

 1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 29, 2012. The undersigned trustee was appointed on November 29, 2012.

 2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

 3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of $ 40,426.85

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6,665.35 |
| Bank service fees | 1,200.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] $ | 32,561.43 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 12/30/2013 and the deadline for filing governmental claims was 05/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,792.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $4,792.69, for a total compensation of $4,792.69.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/21/2015          By:/s/RICHARD J. MASON
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD  

**Period Ending:** 10/21/15

**Trustee:** (330470)   RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/29/12 (f)  
**§341(a) Meeting Date:** 01/23/13  
**Claims Bar Date:** 12/30/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 1   Residence (Two-Flat), Location: 3831 N. Central<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 282,400.00 | 0.00 | | 0.00 | FA |
| 2   Rental Property (Multi-Family), Location: 1334 N<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 295,400.00 | 0.00 | | 0.00 | FA |
| 3   Rental Property (Single Family), Location: 8955<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 123,900.00 | 23,001.00 | | 0.00 | FA |
| 4   Rental Property (Condomunium Unit), Location: 48<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 220,000.00 | 4,956.00 | | 0.00 | FA |
| 5   Rental Property (Single Family Home), Location:<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 398,380.00 | 398,380.00 | | 0.00 | FA |
| 6   Iraqi Dinars (Estimated $10.00 worth of Iraqi Cu<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 10.00 | 10.00 | | 0.00 | FA |
| 7   Chase Bank - Checking Account No. xxxxxxxxx7987<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 327.71 | 0.00 | | 0.00 | FA |
| 8   Chase Bank - Savings Account No. xxxxxxxxx5658<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 51.91 | 0.00 | | 0.00 | FA |
| 9   TCF Bank - Checking Account No. xxxxxx0575<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 213.51 | 0.00 | | 0.00 | FA |
| 10  Security Deposit with Falcon Leasing, LLC, $2,80<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 11  Sofa, Loveseat, Television, TV Cabinet, DVD Play<br>     Orig. Asset Memo: Imported from original petition Doc# 1; | 1,225.00 | 0.00 | | 0.00 | FA |
| 12  Family Pictures, Military History Books, CDs, DV | 150.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-47019-DAC  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** LEJONVARN, GRANT EDWARD  **Filed (f) or Converted (c):** 11/29/12 (f)
 **§341(a) Meeting Date:** 01/23/13
**Period Ending:** 10/21/15  **Claims Bar Date:** 12/30/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|  Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 13  Used Necessary Wearing Apparel and Accessories  Orig. Asset Memo: Imported from original petition Doc# 1; | 300.00 | 0.00 | | 0.00 | FA |
| 14  Outdoor Watch, Dress Watch, Running Watch  Orig. Asset Memo: Imported from original petition Doc# 1; | 65.00 | 0.00 | | 0.00 | FA |
| 15  9mm Pistol, 35mm SLR Camera, Tent, Sleeping Bag,  Orig. Asset Memo: Imported from original petition Doc# 1; | 350.00 | 0.00 | | 0.00 | FA |
| 16  Navy Mutual Aid Association - Term Life Insuranc  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 17  Phoenix Life Insurance Company (PLIC) Variable U  Orig. Asset Memo: Imported from original petition Doc# 1; | 36,585.39 | 0.00 | | 32,926.85 | FA |
| 18  Fidelity Investments Educational IRA (College Sa  Orig. Asset Memo: Imported from original petition Doc# 1; | 16,826.12 | 0.00 | | 0.00 | FA |
| 19  Fidelity Investments Educational IRA (College Sa  Orig. Asset Memo: Imported from original petition Doc# 1; | 1,930.21 | 0.00 | | 0.00 | FA |
| 20  Fidelity Investments Educational IRA (College Sa  Orig. Asset Memo: Imported from original petition Doc# 1; | 1,716.02 | 0.00 | | 0.00 | FA |
| 21  Thrift Savings Plan, Account No. xxxx-xxxx-x3234  Orig. Asset Memo: Imported from original petition Doc# 1; | 20,149.97 | 0.00 | | 0.00 | FA |
| 22  Vanguard - Integra Lifesciences Corporation 401(  Orig. Asset Memo: Imported from original petition Doc# 1; | 305,421.90 | 0.00 | | 0.00 | FA |
| 23  Scottrade Rollover IRA, Account No. xxxx3461  Orig. Asset Memo: Imported from original petition | 25,766.50 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-47019-DAC  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** LEJONVARN, GRANT EDWARD  **Filed (f) or Converted (c):** 11/29/12 (f)
  **§341(a) Meeting Date:** 01/23/13
**Period Ending:** 10/21/15  **Claims Bar Date:** 12/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1; |  |  |  |  |  |
| 24 | Fidelity Investments Roth IRA, Account No. xxxxx<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 63,346.16 | 0.00 |  | 0.00 | FA |
| 25 | Fidelity Investments Traditional IRA, Account No<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 28,427.81 | 0.00 |  | 0.00 | FA |
| 26 | Fidelity Investments SEP-IRA, Account No. xxxxx6<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.13 | 0.00 |  | 0.00 | FA |
| 27 | 17.5% Interest in TitleNexus, LLC, 500 Washingto<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 350.00 | 0.00 |  | 7,500.00 | FA |
| 28 | 100% Interest in Mobility Center of Chicago, Inc<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 |  | 0.00 | FA |
| 29 | .33% Interest in Oil & Gas Reserves - Unit 32101<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 600.00 | 371.13 |  | 0.00 | FA |
| 30 | 2009 Ford Flex Limited AWD (95,000 Miles) Fair C<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 17,600.00 | 0.00 |  | 0.00 | FA |
| 30 | **Assets**  Totals (Excluding unknown values) | **$1,841,493.34** | **$426,718.13** |  | **$40,426.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

  The next step is to submit the TFR to the UST - 4/21/15

  The next step is to submit  the TFR to the UST - 4/21/15

**Initial Projected Date Of Final Report (TFR):**    January 31, 2014        **Current Projected Date Of Final Report (TFR):**    May 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD  

**Taxpayer ID #:** **-***1171  
**Period Ending:** 10/21/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/13 | {27} | Holescher Law Firm, PLLC | Purchase of the Membership Interest in TitleNexus | 1129-000 | 7,500.00 | | 7,500.00 |
| 09/27/13 | {17} | TCF National Bank | | 1129-000 | 32,926.85 | | 40,426.85 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40,416.85 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.78 | 40,356.07 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.17 | 40,301.90 |
| 12/23/13 | 101 | John F. Pollick | | 3210-000 | | 6,615.00 | 33,686.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.49 | 33,624.41 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.97 | 33,574.44 |
| 02/27/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #12-47019, Bond # 016026455 | 2300-000 | | 29.49 | 33,544.95 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.07 | 33,499.88 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.58 | 33,453.30 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.32 | 33,401.98 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.04 | 33,353.94 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.37 | 33,307.57 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.70 | 33,254.87 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.23 | 33,208.64 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.94 | 33,157.70 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 33,108.42 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.85 | 33,065.57 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.90 | 33,011.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.48 | 32,964.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.25 | 32,919.94 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.50 | 32,869.44 |
| 04/22/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #12-47019, Bond Number: 10BSBGR6291 | 2300-000 | | 20.86 | 32,848.58 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.27 | 32,801.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.60 | 32,755.71 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.25 | 32,705.46 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.60 | 32,656.86 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.40 | 32,611.46 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.03 | 32,561.43 |

Subtotals :   $40,426.85   $7,865.42

{} Asset reference(s)   Printed: 10/21/2015 04:13 PM   V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD  

**Taxpayer ID #:** **-***1171  
**Period Ending:** 10/21/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 40,426.85 | 7,865.42 | **$32,561.43** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 40,426.85 | 7,865.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,426.85** | **$7,865.42** | |

| | **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ******6466** | 40,426.85 | 7,865.42 | 32,561.43 |
| | | **$40,426.85** | **$7,865.42** | **$32,561.43** |

# Exhibit C

### Case: 12-47019-DAC   LEJONVARN, GRANT EDWARD

**Case Balance:** $32,561.43   **Total Proposed Payment:** $32,561.43   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| | John F. Pollick <br> <3210-00   Attorney for Trustee Fees (Other Firm)> | Admin Ch. 7 | 7,665.00 | 7,665.00 | 6,615.00 | 1,050.00 | 1,050.00 | 31,511.43 |
| | RICHARD J. MASON <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 4,792.69 | 4,792.69 | 0.00 | 4,792.69 | 4,792.69 | 26,718.74 |
| 4 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | Secured | 811,975.82 | 0.00 | 0.00 | 0.00 | 0.00 | 26,718.74 |
| 1 | Medline Industries, Inc. | Unsecured | 2,525.00 | 2,525.00 | 0.00 | 2,525.00 | 61.51 | 26,657.23 |
| 2 | Merits Health Products, Inc. | Unsecured | 2,741.97 | 2,741.97 | 0.00 | 2,741.97 | 66.80 | 26,590.43 |
| 3 | Drive Medical Design & Mfg | Unsecured | 567.61 | 567.61 | 0.00 | 567.61 | 13.83 | 26,576.60 |
| 4 -2 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | Unsecured | 676,581.45 | 676,581.45 | 0.00 | 676,581.45 | 16,481.71 | 10,094.89 |
| 5 | Invacare Corporation | Unsecured | 414,399.71 | 414,399.71 | 0.00 | 414,399.71 | 10,094.89 | 0.00 |
| | **Total for Case 12-47019 :** | | **$1,921,249.25** | **$1,109,273.43** | **$6,615.00** | **$1,102,658.43** | **$32,561.43** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---:|---:|---:|---:|---:|
| **Total Administrative Claims :** | $12,457.69 | $12,457.69 | $6,615.00 | $5,842.69 | 100.000000% |
| **Total Secured Claims :** | $811,975.82 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $1,096,815.74 | $1,096,815.74 | $0.00 | $26,718.74 | 2.436028% |

**TRUSTEE'S PROPOSED DISTRIBUTION** — Exhibit D

Case No.: 12-47019-DAC
Case Name: LEJONVARN, GRANT EDWARD
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 32,561.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | 811,975.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 32,561.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 4,792.69 | 0.00 | 4,792.69 |
| Attorney for Trustee, Fees - John F. Pollick | 7,665.00 | 6,615.00 | 1,050.00 |

Total to be paid for chapter 7 administration expenses: $ 5,842.69
Remaining balance: $ 26,718.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,718.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 26,718.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,096,815.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medline Industries, Inc. | 2,525.00 | 0.00 | 61.51 |
| 2 | Merits Health Products, Inc. | 2,741.97 | 0.00 | 66.80 |
| 3 | Drive Medical Design & Mfg | 567.61 | 0.00 | 13.83 |
| 4 -2 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | 676,581.45 | 0.00 | 16,481.71 |
| 5 | Invacare Corporation | 414,399.71 | 0.00 | 10,094.89 |

|   | Total to be paid for timely general unsecured claims: | $ | 26,718.74 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   | None |   |   |   |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**