**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEJONVARN, GRANT EDWARD    § Case No. 12-47019-DAC
                                  §
                                  §
Debtor(s)                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Office of Court Clerk
  U.S. Bankruptcy Court
  219 S Dearborn
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/16/2015 in Courtroom 682, United States Courthouse, 219 S DEARBORN
CHICAGO, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/20/2015          By:  /s/ Richard J. Mason
                                                                Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LEJONVARN, GRANT EDWARD § Case No. 12-47019-DAC
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 40,426.85 |
| *and approved disbursements of* | $ 7,865.42 |
| *leaving a balance on hand of* [1] | $ 32,561.43 |
| **Balance on hand:** | $ 32,561.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | 811,975.82 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 32,561.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 4,792.69 | 0.00 | 4,792.69 |
| Attorney for Trustee, Fees - John F. Pollick | 7,665.00 | 6,615.00 | 1,050.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,842.69 |
| Remaining balance: | $ 26,718.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,718.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 26,718.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,096,815.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medline Industries, Inc. | 2,525.00 | 0.00 | 61.51 |
| 2 | Merits Health Products, Inc. | 2,741.97 | 0.00 | 66.80 |
| 3 | Drive Medical Design & Mfg | 567.61 | 0.00 | 13.83 |
| 4 -2 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | 676,581.45 | 0.00 | 16,481.71 |
| 5 | Invacare Corporation | 414,399.71 | 0.00 | 10,094.89 |

Total to be paid for timely general unsecured claims: $ 26,718.74
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-47019-CAD
Grant Edward Lejonvarn                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 2                 Date Rcvd: Nov 24, 2015
                               Form ID: pdf006             Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2015.
```
db              Grant Edward Lejonvarn,    3831 N. Central Park Avenue, Unit 1,    Chicago, IL 60618-4102
19750752       +240 Properties LLC,    c/o Glennon,    18 Schooner Road,    Northport, NY 11768-1514
19750753       +706 LLC,   c/o Mary Ann Royse,    301 N. Neil Street, Suite 400,    Champaign, IL 61820-3169
19750759       +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
19750760       +AR Resources, Inc.,    PO Box 10336,    Jacksonville, FL 32247-0336
19750761       +AT&T Credit Managemenrt,    PO Box 80701,    Charleston, SC 29416-0701
19750754       +Accord Creditor Services,    PO Box 10002,    Newnan, GA 30271-0002
19750755       +Aetna Insurance,    NCO Overpayment Recovery,    1425 Union Meeting Road,
                 Blue Bell, PA 19422-1919
19750756       +Allied Waste Services,    PO Box 985,    Danville, IL 61834-0985
19750757       +Altimate Material, Inc.,    262 West First Street,    Morton, MN 56270-1179
19750762       +Brightree LLC,   1735 N. Brown Road, Suite 500,     Lawrenceville, GA 30043-8228
19750763       +Burke/Leisure-Lift Inc.,    1800 Merriam Lane,    Kansas City, KS 66106-4778
19750766       +Caine & Weiner,    338 Harris Hill Road, Suite 206,    Buffalo, NY 14221-7470
19750765       +Caine & Weiner,    1699 E. Woodfield Road,    Schaumburg, IL 60173-4935
19750764       +Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
19750767       +Caine & Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
19750768        Carlene M. Anteau,    1240 India St, Unit 1310,    San Diego, CA 92101-8552
19750769        Chase,   PO Box 24696,    Columbus, OH 43224-0696
19750771       +Chase Bank,    Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
19750772       +Chase Bank,    340 S. Cleveland Avenue,    Building 370,    Westerville, OH 43081-8917
19750770        Chase Bank,    Attn: Bankruptcy,    PO Box 24696,    Columbus, OH 43224-0696
19750773       +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: OH4-7133,
                 Columbus, OH 43219-6009
19750774       +Chase Mortgage,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
19750775       +Chuhak & Tescon, P.C.,    30 S. Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
19750776       +Citgo Mastercard,    PO Box 70995,    Charlotte, NC 28272-0995
19750777       +City of Chicago,    Department of Buildings,    120 N. Racine,    Chicago, IL 60607-2010
19750778        City of Chicago,    Department of Buildings,    8212 Innovation Way,    Chicago, IL 60682-0082
19750781        Comcast,    155 Industrial Road,    Elmhurst, IL 60126-1618
19750782       +Commercial Claims, Inc.,    1901 Park Drive,    PO Box 1315,    Kansas City, KS 66102-4836
19750783       +Corporation Counsel,    30 N. LaSalle Street,    Suite 800,    Chicago, IL 60602-3542
19750784       +Dan Doherty,    188 Industrial Drive, Suite 133,    Elmhurst, IL 60126-1608
19750785        Dex One,   PO Box 9001401,    Louisville, KY 40290-1401
19750786       +Donald Porter,    1212 S. Naper Blvd., Suite 119-262,    Naperville, IL 60540-8360
21130728        Drive Medical Design & Mfg,    99 Seaview Blvd,    Port Washington, NY 11050-4606
19750787        Drive Medical Design & Mfg.,    PO Box 798019,    Saint Louis, MO 63179-8000
19750789        FedEx,   PO Box 94515,    Palatine, IL 60094-4515
19750790        Fleet Commander,    US Bank - Recovery Dept.,    12800 Foster Street,
                 Overland Park, KS 66213-2623
19750791       +Flood Brothers Disposal,    17 W 697 Butterfield Road,    Suite E,    Villa Park, IL 60181-4042
19750792       +Frank Mobility Systems, Inc.,    1003 International Drive,    Oakdale, PA 15071-9226
19750794       +Goodyear Auto Service,    148 S. Kennedy Drive,    Bradley, IL 60915-2032
19750795       +Greenberg, Grant & Richards, Inc.,    5858 Westheimer Road, Suite 500,    Houston, TX 77057-5645
19750797        Illinois American Water,    PO Box 94551,    Palatine, IL 60094-4551
19750798       +Invacare Corporation,    and all wholly owned subsidiaries,    Llynn K. White, Esq.,
                 100 South Fourth Street, Suite 1000,    St. Louis, Missouri 63102-1825
19785165       +JPMorgan Chase Bank, National Association,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
19750799        Johnson Duffie Law Offices,    301 Market Street,    PO Box 109,    Lemoyne, PA 17043-0109
19750800       +Johnson Morgan White,    6800 Broken Sound Parkway,    Boca Raton, FL 33487-5709
19750801       +Lavelle Law, Ltd.,    501 W. Colfax Street,    Palatine, IL 60067-2545
21370434       +Llyun K. White, Esq.,    100 South Fourth Street, Suite 1000,    St. Louis, Missouri 63102-1825
19750805       +MK Battery,    1631 S. Sinclaire Street,    Anaheim, CA 92806-5929
19750803       +Medline Industries, Inc.,    One Medline Place,    Mundelein, IL 60060-4486
19750804       +Merits Health Products, Inc.,    c/o McMahan & Sigunick, Ltd.,    412 S. Wells, 6th Fl.,
                 Chicago, IL 60607-3972
19750806       +North Shore Agency,    9525 Sweet Valley Drive,    Building A,    Cleveland, OH 44125-4237
19750807        Office Depot,    PO Box 88040,    Chicago, IL 60680-1040
19750808        Otto Bock HealthCare,    PO Box 86,    Minneapolis, MN 55486-2167
19750810       +Pride Mobility Products Corporation,    182 Susquehanna Avenue,    Exeter, PA 18643-2653
19750811       +Ranger All-Season Corp.,    PO Box 132,    George, IA 51237-0132
19750812        Rauch-Milliken International, Inc.,     PO Box 8390,    Metairie, LA 70011-8390
19750814       +Ridgestone Bank,    10 N. Martingale Rd. Suite 100,    Schaumburg, IL 60173-2293
19750815       +Ridgestone Bank,    13925 W. North Ave.,    Brookfield, WI 53005-4976
21325381       +Ridgestone Bank c/o Chuhak & Tecson, P.C.,    Edmond M. Burke,    30 S. Wacker Dr. #2600,
                 Chicago, IL 60606-7512
19750816        Roho Group,    1501 South 74th Street,    Belleville, IL 62223-5900
19750817       +Sabih Quadeer,    Madison Law Group,    205 W. Randolph Street, #1801,    Chicago, IL 60606-1813
19750818       +Snug Seat, Inc.,    12801 E. Independence Blvd.,    PO Box 1739,    Matthews, NC 28106-1739
19750819       +Therafin Corporation,    9450 W. Laraway Road,    Frankfort, IL 60423-1902
19750821        USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-0544
19750822       +USAA Savings Bank,    PO Box 47504,    San Antonio, TX 78265-7504
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Nov 24, 2015
                              Form ID: pdf006             Total Noticed: 80


19750820       +Universal Capital,   Greenwood Square, Bldg. 2,    3331 Street Road, Suite 325,
                 Bensalem, PA 19020-2073
19750824        Verison Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
19750826        Voyager Fleet Systems, Inc.,    PO Box 13050,    Overland Park, KS 66282-3050
19750827       +WFS Financial,    Wells Fargo Dealer Services,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569
19750828       +White Llynn Kimberly,    100 S. 4th Street, Suite 1100,    Saint Louis, MO 63102-1825
19750829       +Yellowbook,   PO Box 3162,    Cedar Rapids, IA 52406-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19750758        E-mail/Text: amerenilcredit@ameren.com Nov 25 2015 01:50:55      Ameren Illinois,    PO Box 66893,
                 Saint Louis, MO 63166-6893
19750779       +E-mail/Text: Bk@c2cfsi.com Nov 25 2015 01:50:45      Coast to Coast Financial Solutions,
                 101 Hodencamp Road, Suite 120,    Thousand Oaks, CA 91360-5831
19750780       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Nov 25 2015 01:51:48       Comcast,
                 PO Box 3006,    Southeastern, PA 19398-3006
19750793       +E-mail/Text: lthomas@goldentech.com Nov 25 2015 01:50:16      Golden Technologies, Inc.,
                 401 Bridge Street,    Old Forge, PA 18518-2323
19750796       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 25 2015 01:50:46       Hunter Warfield,
                 4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
19750813        E-mail/Text: mtg.bankruptcy@regions.com Nov 25 2015 01:50:43      Regions Mortgage,
                 PO Box 18001,    Hattiesburg, MS 39404-8001
19750825       +E-mail/Text: bankruptcynotices@tcfef.com Nov 25 2015 01:50:12      VGM Financial Services,
                 1111 West San Marnan Drive,    Waterloo, IA 50701-8924
19750823       +E-mail/Text: ebn@vantagesourcing.com Nov 25 2015 01:51:29      Vantage Sourcing,    PO Box 6786,
                 Dothan, AL 36302-6786
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19750788      ##+Falcon Leasing LLC,   183 Cedar Drive, Suite B,    Foley, MN 56329-4402
19750802      ##+McMahan & Sigunick, Ltd.,    412 S. Wells Street,   6th Floor,    Chicago, IL 60607-3972
19750809      ##+Patterson Medical,   1000 Remington Blvd., Suite 210,    Bolingbrook, IL 60440-5116
                                                                                    TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank, National Association
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor    JPMorgan Chase Bank, National Association
               dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
              Edmond M Burke    on behalf of Creditor    Ridgestone Bank c/o Edmond M. Burke eburke@chuhak.com,
               mvasquez@chuhak.com
              Jessica S Naples    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-Two@il.cslegal.com
              John F. Pollick    on behalf of Trustee Richard J Mason johnfpollick@gmail.com
              Majdel S Musa    on behalf of Debtor Grant Edward Lejonvarn musa@cbcattorneys.com,
               musalaw@gmail.com,musalawoffices@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    on behalf of Trustee Richard J Mason rmason@mcguirewoods.com, IL54@ecfcbis.com
              Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
              Ross T Brand    on behalf of Creditor    Unions Planters Bank by merger to Regions Bank dba Regions
               Mortgage rbrand@fisherandshapirolaw.com, bknotice@klueverplatt.com
                                                                                             TOTAL: 10
```