# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LEJONVARN, GRANT EDWARD § Case No. 12-47019-DAC
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,804,557.95     Assets Exempt: $517,169.96
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,718.74    Claims Discharged
                 Without Payment: $1,070,097.00

Total Expenses of Administration: $13,708.11

---

  3) Total gross receipts of $ 40,426.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,426.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $811,975.82 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,708.11 | 13,708.11 | 13,708.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,096,815.74 | 1,096,815.74 | 26,718.74 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,922,499.67 | $1,110,523.85 | $40,426.85 |

4) This case was originally filed under Chapter 7 on November 29, 2012. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2016          By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Phoenix Life Insurance Company (PLIC) Variable U | 1129-000 | 32,926.85 |
| 17.5% Interest in TitleNexus, LLC, 500 Washingto | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,426.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | 4110-000 | N/A | 811,975.82 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$811,975.82** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 4,792.69 | 4,792.69 | 4,792.69 |
| John F. Pollick | 3210-000 | N/A | 7,665.00 | 7,665.00 | 7,665.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 60.78 | 60.78 | 60.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 54.17 | 54.17 | 54.17 |
| Rabobank, N.A. | 2600-000 | N/A | | 62.49 | 62.49 | 62.49 |
| Rabobank, N.A. | 2600-000 | N/A | | 49.97 | 49.97 | 49.97 |
| International Sureties, LTD. | 2300-000 | N/A | | 29.49 | 29.49 | 29.49 |
| Rabobank, N.A. | 2600-000 | N/A | | 45.07 | 45.07 | 45.07 |
| Rabobank, N.A. | 2600-000 | N/A | | 46.58 | 46.58 | 46.58 |
| Rabobank, N.A. | 2600-000 | N/A | | 51.32 | 51.32 | 51.32 |
| Rabobank, N.A. | 2600-000 | N/A | | 48.04 | 48.04 | 48.04 |
| Rabobank, N.A. | 2600-000 | N/A | | 46.37 | 46.37 | 46.37 |
| Rabobank, N.A. | 2600-000 | N/A | | 52.70 | 52.70 | 52.70 |
| Rabobank, N.A. | 2600-000 | N/A | | 46.23 | 46.23 | 46.23 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.94 | 50.94 | 50.94 |
| Rabobank, N.A. | 2600-000 | N/A | | 49.28 | 49.28 | 49.28 |
| Rabobank, N.A. | 2600-000 | N/A | | 42.85 | 42.85 | 42.85 |
| Rabobank, N.A. | 2600-000 | N/A | | 53.90 | 53.90 | 53.90 |
| Rabobank, N.A. | 2600-000 | N/A | | 47.48 | 47.48 | 47.48 |
| Rabobank, N.A. | 2600-000 | N/A | | 44.25 | 44.25 | 44.25 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.50 | 50.50 | 50.50 |
| Arthur B. Levine Company | 2300-000 | N/A | | 20.86 | 20.86 | 20.86 |
| Rabobank, N.A. | 2600-000 | N/A | | 47.27 | 47.27 | 47.27 |
| Rabobank, N.A. | 2600-000 | N/A | | 45.60 | 45.60 | 45.60 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.25 | 50.25 | 50.25 |
| Rabobank, N.A. | 2600-000 | N/A | | 48.60 | 48.60 | 48.60 |
| Rabobank, N.A. | 2600-000 | N/A | | 45.40 | 45.40 | 45.40 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.03 | 50.03 | 50.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $13,708.11 | $13,708.11 | $13,708.11 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Medline Industries, Inc. | 7100-000 | N/A | 2,525.00 | 2,525.00 | 61.51 |
| 2 | Merits Health Products, Inc. | 7100-000 | N/A | 2,741.97 | 2,741.97 | 66.80 |
| 3 | Drive Medical Design & Mfg | 7100-000 | N/A | 567.61 | 567.61 | 13.83 |
| 4 -2 | Ridgestone Bank c/o Chuhak & Tecson, P.C. | 7100-000 | N/A | 676,581.45 | 676,581.45 | 16,481.71 |
| 5 | Invacare Corporation | 7100-000 | N/A | 414,399.71 | 414,399.71 | 10,094.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,096,815.74 | $1,096,815.74 | $26,718.74 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/29/12 (f)  
**§341(a) Meeting Date:** 01/23/13  

**Period Ending:** 01/21/16  

**Claims Bar Date:** 12/30/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence (Two-Flat), Location: 3831 N. Central<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 282,400.00 | 0.00 | | 0.00 | FA |
| 2 | Rental Property (Multi-Family), Location: 1334 N<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 295,400.00 | 0.00 | | 0.00 | FA |
| 3 | Rental Property (Single Family), Location: 8955<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 123,900.00 | 23,001.00 | | 0.00 | FA |
| 4 | Rental Property (Condomunium Unit), Location: 48<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 220,000.00 | 4,956.00 | | 0.00 | FA |
| 5 | Rental Property (Single Family Home), Location:<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 398,380.00 | 398,380.00 | | 0.00 | FA |
| 6 | Iraqi Dinars (Estimated $10.00 worth of Iraqi Cu<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 10.00 | 10.00 | | 0.00 | FA |
| 7 | Chase Bank - Checking Account No. xxxxxxxxx7987<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 327.71 | 0.00 | | 0.00 | FA |
| 8 | Chase Bank - Savings Account No. xxxxxxxxx5658<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 51.91 | 0.00 | | 0.00 | FA |
| 9 | TCF Bank - Checking Account No. xxxxxx0575<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 213.51 | 0.00 | | 0.00 | FA |
| 10 | Security Deposit with Falcon Leasing, LLC, $2,80<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Sofa, Loveseat, Television, TV Cabinet, DVD Play<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 1,225.00 | 0.00 | | 0.00 | FA |
| 12 | Family Pictures, Military History Books, CDs, DV | 150.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/29/12 (f)  
**§341(a) Meeting Date:** 01/23/13

**Period Ending:** 01/21/16

**Claims Bar Date:** 12/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 13 | Used Necessary Wearing Apparel and Accessories<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 300.00 | 0.00 | | 0.00 | FA |
| 14 | Outdoor Watch, Dress Watch, Running Watch<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 65.00 | 0.00 | | 0.00 | FA |
| 15 | 9mm Pistol, 35mm SLR Camera, Tent, Sleeping Bag,<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 350.00 | 0.00 | | 0.00 | FA |
| 16 | Navy Mutual Aid Association - Term Life Insuranc<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Phoenix Life Insurance Company (PLIC) Variable U<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 36,585.39 | 0.00 | | 32,926.85 | FA |
| 18 | Fidelity Investments Educational IRA (College Sa<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 16,826.12 | 0.00 | | 0.00 | FA |
| 19 | Fidelity Investments Educational IRA (College Sa<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 1,930.21 | 0.00 | | 0.00 | FA |
| 20 | Fidelity Investments Educational IRA (College Sa<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 1,716.02 | 0.00 | | 0.00 | FA |
| 21 | Thrift Savings Plan, Account No. xxxx-xxxx-x3234<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 20,149.97 | 0.00 | | 0.00 | FA |
| 22 | Vanguard - Integra Lifesciences Corporation 401(<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 305,421.90 | 0.00 | | 0.00 | FA |
| 23 | Scottrade Rollover IRA, Account No. xxxx3461<br>Orig. Asset Memo: Imported from original petition | 25,766.50 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-47019-DAC  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** LEJONVARN, GRANT EDWARD  **Filed (f) or Converted (c):** 11/29/12 (f)
 **§341(a) Meeting Date:** 01/23/13
**Period Ending:** 01/21/16  **Claims Bar Date:** 12/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1; | | | | | |
| 24 | Fidelity Investments Roth IRA, Account No. xxxxx<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 63,346.16 | 0.00 | | 0.00 | FA |
| 25 | Fidelity Investments Traditional IRA, Account No<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 28,427.81 | 0.00 | | 0.00 | FA |
| 26 | Fidelity Investments SEP-IRA, Account No. xxxxx6<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.13 | 0.00 | | 0.00 | FA |
| 27 | 17.5% Interest in TitleNexus, LLC, 500 Washingto<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 350.00 | 0.00 | | 7,500.00 | FA |
| 28 | 100% Interest in Mobility Center of Chicago, Inc<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 29 | .33% Interest in Oil & Gas Reserves - Unit 32101<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 600.00 | 371.13 | | 0.00 | FA |
| 30 | 2009 Ford Flex Limited AWD (95,000 Miles) Fair C<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 17,600.00 | 0.00 | | 0.00 | FA |
| 30 | **Assets** Totals (Excluding unknown values) | **$1,841,493.34** | **$426,718.13** | | **$40,426.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

The next step is to submit the TFR to the UST - 4/21/15

The next step is to submit the TFR to the UST - 4/21/15

**Initial Projected Date Of Final Report (TFR):** January 31, 2014  **Current Projected Date Of Final Report (TFR):** May 30, 2015

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD  
**Taxpayer ID #:** **-***1171  
**Period Ending:** 01/21/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/13 | {27} | Holescher Law Firm, PLLC | Purchase of the Membership Interest in TitleNexus | 1129-000 | 7,500.00 | | 7,500.00 |
| 09/27/13 | {17} | TCF National Bank | | 1129-000 | 32,926.85 | | 40,426.85 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40,416.85 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.78 | 40,356.07 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.17 | 40,301.90 |
| 12/23/13 | 101 | John F. Pollick | Court Approved Compensation Payment to Trustee's Attorney | 3210-000 | | 6,615.00 | 33,686.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.49 | 33,624.41 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.97 | 33,574.44 |
| 02/27/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #12-47019, Bond # 016026455 | 2300-000 | | 29.49 | 33,544.95 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.07 | 33,499.88 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.58 | 33,453.30 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.32 | 33,401.98 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.04 | 33,353.94 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.37 | 33,307.57 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.70 | 33,254.87 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.23 | 33,208.64 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.94 | 33,157.70 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 33,108.42 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.85 | 33,065.57 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.90 | 33,011.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.48 | 32,964.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.25 | 32,919.94 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.50 | 32,869.44 |
| 04/22/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #12-47019, Bond Number: 10BSBGR6291 | 2300-000 | | 20.86 | 32,848.58 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.27 | 32,801.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.60 | 32,755.71 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.25 | 32,705.46 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.60 | 32,656.86 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.40 | 32,611.46 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.03 | 32,561.43 |
| 12/07/15 | 104 | John F. Pollick | Payment from 11/12/2015 Compensation | 3210-000 | | 1,050.00 | 31,511.43 |

Subtotals : $40,426.85 $8,915.42

{} Asset reference(s)                                                                   Printed: 01/21/2016 04:20 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-47019-DAC  
**Case Name:** LEJONVARN, GRANT EDWARD

**Taxpayer ID #:** **-***1171  
**Period Ending:** 01/21/16

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Order | | | | |
| 12/07/15 | 105 | RICHARD J. MASON, Trustee | Payment from 11/12/2015 Compensation Order | 2100-000 | | 4,792.69 | 26,718.74 |
| 12/16/15 | 106 | Medline Industries, Inc. | Distribution Payment from Final Report | 7100-000 | | 61.51 | 26,657.23 |
| 12/16/15 | 107 | Merits Health Products, Inc. | Distribution Payment from Final Report | 7100-000 | | 66.80 | 26,590.43 |
| 12/16/15 | 108 | Drive Medical Design & Mfg | Distribution Payment from Final Report | 7100-000 | | 13.83 | 26,576.60 |
| 12/16/15 | 109 | Ridgestone Bank, c/o Chuhak & Tecson, P.C. | Distribution Payment from Final Report | 7100-000 | | 16,481.71 | 10,094.89 |
| 12/16/15 | 110 | Invacare Corporation | Distribution Payment from Final Report | 7100-000 | | 10,094.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,426.85 | 40,426.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 40,426.85 | 40,426.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,426.85** | **$40,426.85** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6466** | 40,426.85 | 40,426.85 | 0.00 |
| | $40,426.85 | $40,426.85 | $0.00 |

{} Asset reference(s)  
Printed: 01/21/2016 04:20 PM V.13.23